UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **SOLOMAN OLUDAMISI AJIBADE** and **ADENIKE HANNAH AJIBADE**, as natural parents of Mathew Ajibade, and<br><br>**THE ESTATE OF MATHEW AJIBADE** and Chris Oladapo, its Executor,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ROY HARRIS**, in his official capacity as Chatham County Sheriff, et al.,<br><br>**Defendants.** | CASE NO.  CV416-082 |

DISCLOSURE STATEMENT
S.D. Ga. LR 7.1.1

The undersigned, counsel of record for all Plaintiffs—Soloman Oludamisi Ajibade, Adenike Hannah Ajibade, and the Estate of Mathew Ajibade—certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Soloman Oludamisi Ajibade | Plaintiff; parent of Mathew Ajibade |
| Adenike Hannah Ajibade | Plaintiff; parent of Mathew Ajibade |
| The Estate of Mathew Ajibade | Plaintiff |
| Chris Oladapo | Plaintiff; cousin of Mathew Ajibade |
| Roy Harris | Defendant; Sheriff of Chatham County |
| Corizon Health Inc. | Defendant; Delaware corporation |
| Corizon, LLC | Defendant; Missouri limited liability company |
| Gregory Brown | Defendant; employee of Corizon |
| Burt Ambrose | Defendant; Sheriff's deputy |
| Frederick Burke | Defendant; Sheriff's deputy |

| Name | Identification & Relationship |
|---|---|
| Abram Burns | Defendant; Sheriff's deputy |
| Greg Capers | Defendant; Sheriff's deputy |
| Maxine Evans | Defendant; Sheriff's deputy |
| Andrew Evans-Martinez | Defendant; Sheriff's deputy |
| Paul Folsome | Defendant; Sheriff's deputy |
| Debra Johnson | Defendant; Sheriff's deputy |
| Jason Kenny | Defendant; Sheriff's deputy |
| Christopher Reed | Defendant; Sheriff's deputy |
| Eric Vinson | Defendant; Sheriff's deputy |
| Benjamin Webster | Defendant; Sheriff's deputy |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| Name | Identification & Relationship |
|---|---|
| Chris Alodapo | Executor of the Estate of Mathew Ajibade |
|  | *Counsel are unaware of the identity of any other officers, directors, or trustees of any parties.* |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| Name | Identification & Relationship |
|---|---|
| O'Mara Law Group | Plaintiffs' counsel |
| Claiborne Law Firm | Plaintiffs' counsel |

| Name | Identification & Relationship |
|---|---|
| Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. | Plaintiffs' counsel |

Date: March 29, 2016

Respectfully submitted,

/s/ William R. Claiborne
William R. Claiborne (Ga. Bar. No. 126363)
Cameron C. Kuhlman (Ga. Bar. No. 596159)
**THE CLAIBORNE FIRM, P.C.**
410 East Bay Street
Savannah, GA 31401
Phone:   912-236-9559
Fax:        912-236-1884
E-mail:   will@claibornefirm.com

Mark O'Mara (Fla. Bar. No. 359701)
*Pro Hac Application Forthcoming*
Alyssa Flood (Fla. Bar No. 99755)
*Pro Hac Application Forthcoming*
**O'MARA LAW GROUP**
1416 East Concord Street
Orlando, FL 32803
Phone:   407-898-5151
Fax:        407-898-2468
E-mail:   mark@omaralawgroup.com

Troy A. Rafferty (Fla. Bar No. 024120)
*Pro Hac Application Forthcoming*
Timothy M. O'Brien (Ga. Bar No. 548714)
William F. Cash III (Fla. Bar No. 68443)
*Pro Hac Application Forthcoming*
**LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone:   850-435-7059
Fax:        850-435-7020
E-mail:   trafferty@levinlaw.com
               bcash@levinlaw.com

*Counsel for the Plaintiffs*

3