# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: CV 416 - 082

TO: (Name and address of Defendant)

FREDERICK LEON BURKE
1313 EAST ANDERSON STREET
SAVANNAH GA 31404-2121

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE: MAR 2 9 2016

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                          *Signature of Server*


                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **CV416-082**

TO: (Name and address of Defendant)

**ABRAM JAUDON BURNS II**
**399 STATESBORO HIGHWAY**
**SYLVANIA, GA 30467-7808**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

MAR 29 2016

DATE

GAS Rev 1/31/02

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                                    *Signature of Server*

                                          _____
                                                     *Address of Server*

.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: CV416-082

TO: (Name and address of Defendant)

GREGORY ONEAL CAPERS
307 STONEBRIDGE CIRCLE
SAVANNAH, GA 31419-9815

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

MAR 29 2016

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                        Date                              *Signature of Server*


                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **CV 416 - 082**

TO: (Name and address of Defendant)

MAXINE EVANS
7225 GRANT STREET
SAVANNAH, GA 31406

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

MAR 29 2016

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                    *Signature of Server*


_____
*Address of Server*

‘

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER:  **C V 4 1 6 - 0 8 2**

TO: (Name and address of Defendant)

PAUL FOLSOME
5 HOLIDAY COURT
SAVANNAH, GA 31419

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE   MAR 29 2016

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                        Date                            *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **C V 4 1 6 - 0 8 2**

TO: (Name and address of Defendant)

ROY HARRIS
1050 CARL GRIFFIN DRIVE
SAVANNAH, GA 31405

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____ 21 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

**CLERK**

MAR 29 2018

**DATE**

(By) DEPUTY CLERK

GAS Rev 1/31/02

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                        *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER:  C V 4 1 6 - 0 8 2

TO: (Name and address of Defendant)

JASON PAUL KENNY
157 JUNCO WAY
SAVANNAH, GA 31419-8800

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE

MAR 2 9 2016

GAS Rev 1/31/02

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                *Date*            *Signature of Server*

                       _____
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **CV416-082**

TO: (Name and address of Defendant)

    ERIC WALLACE VINSON, SR.
    1307 STUBBS STREET
    SAVANNAH, GA 31404-2185

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____ 21 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE: MAR 29 2016

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　　 Date　　　　　　　　　　　 *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **CV 416 - 082**

TO: (Name and address of Defendant)

BENJAMIN A. WEBSTER
11308 MIDDLEGROUND ROAD
SAVANNAH, GA 31419-1218

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

**MAR 2 9 2016**

CLERK

DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                        Date                                Signature of Server


                                                 _____
                                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER:  **CV 416 - 082**

TO: (Name and address of Defendant)

**BURTON KEITH AMBROSE**
**903 LORENZO HURST ROAD**
**SPRINGFIELD, GA 31329-3866**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

MAR 2 9 201*

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                     Date                                      *Signature of Server*


_____
*Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER:  CV416-082

TO: (Name and address of Defendant)

GREGORY LEONARD BROWN
13 NIGHT HERON WAY, UNIT 13
PORT WENTWORTH, GA 31407-3317

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

MAR 29 2016

DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER:  C V 4 1 6 - 0 8 2

TO: (Name and address of Defendant)

CORIZON HEALTH, INC.
CORPORATION PROCESS COMPANY
328 ALEXANDER STREET, SUITE 10
MARIETTA GA 30060

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401



an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

**MAR 2 9 2016**

CLERK

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             *Date*                  *Signature of Server*

                  _____
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **CV416-082**

TO: (Name and address of Defendant)

CORIZON, LLC
c/o CT CORPORATION SYSTEM
2180 SATELLITE BLVD, SUITE 400
DULUTH GA 30097

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE     MAR 2 9 2016

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                    *Signature of Server*


                                        _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

    **SUMMONS IN A CIVIL CASE**

   V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

    CASE NUMBER: **CV416-082**

TO: (Name and address of Defendant)

  DEBRA GAIL JOHNSON
  401 NORTH CROMWELL ROAD
  SAVANNAH, GA 31410-3843

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within   **21**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Scott L. Poff

**MAR 29 2016**

CLERK               DATE

(By) DEPUTY CLERK

GAS Rev 1/31/02

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                          *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
### *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE et al.

**SUMMONS IN A CIVIL CASE**

V.

ROY HARRIS, CORIZON HEALTH, INC.,
CORIZON, LLC et al.

CASE NUMBER: **CV416-082**

TO: (Name and address of Defendant)

CHRISTOPHER JOHN REED
1717 FENWICK VILLAGE DRIVE
SAVANNAH, GA 31419-8457

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William R. Claiborne, 410 East Bay Street, Savannah, GA 31401

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAR 29 2016

Scott L. Poff

CLERK

(By) DEPUTY CLERK

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date              *Signature of Server*

                       _____

                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.