# United States District Court
## *Southern District of Georgia*

SOLOMAN OLUDAMISI
AJIBADE, et al.
_____
Plaintiff

Case No. __4:16-cv-082-WTM-GRS__

v. ROY HARRIS, et al.

Appearing on behalf of
Plaintiffs
_____
_____
Defendant
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: William F. Cash III

Business Address: Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A.
Firm/Business Name

316 S. Baylen St., Ste. 600
Street Address

_____  Pensacola   FL   32502
Street Address (con't)   City   State   Zip

_____
Mailing Address (if other than street address)

_____  _____  _____
Address Line 2   City   State   Zip

(850) 435-7000  _____
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: bcash@levinlaw.com

# United States District Court
## Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE, et al.

Plaintiff

v. ROY HARRIS, et al.

Defendant

Case No. 4:16-cv-082-WTM-GRS

Appearing on behalf of : Plaintiffs

(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __William F. Cash III__ hereby requests permission to appear pro hac vice in the subject case filed in the __Savannah__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Northern District of Florida__ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Cameron C. Kuhlman, Esq.__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __30__ day of __March__, __2016.__ .

/s/ William F. Cash III
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, __Cameron C. Kuhlman, Esq.__ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __30__ day of __March__, __2016__ .

| 596159 | /s/ Cameron C. Kuhlman | |
|---|---|---|
| Georgia Bar Number | Signature of Local Counsel | |
| (912) 236-9559 | The Claiborne Firm, P.C. | (Law Firm) |
| Business Telephone | 410 East Bay Street | (Business Address) |
| | Savannah, GA 31401 | (City, State, Zip) |
| | SAME AS ABOVE | (Mailing Address) |
| | cameron@claibornefirm.com | (Email Address) |