# United States District Court
## *Southern District of Georgia*

SOLOMAN OLUDAMISI AJIBADE, et al.
Plaintiff

v. ROY HARRIS, et al.

Defendant

Case No. 4:16-cv-082-WTM-GRS

Appearing on behalf of: _____

Soloman Oludamisi Ajibade, et al.

(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, __Mark M. O'Mara__ hereby requests permission to appear pro hac vice in the subject case filed in the __Savannah__ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, __Middle District of Florida__. *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates __Cameron C. Kuhlman, Esquire__ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __30th__ day of __March__, __2016__.

_____
Signature of Petitioner

## *CONSENT OF DESIGNATED LOCAL COUNSEL*

I, __Cameron C. Kuhlman, Esquire__, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __30TH__ day of __MARCH__, __2016__.

__596159__
**Georgia Bar Number**

__912-236-9559__
**Business Telephone**

_____
Signature of Local Counsel

| | |
|---|---|
| The Claiborne Firm, P.C. | (Law Firm) |
| 410 East Bay Street | (Business Address) |
| Savannah, GA 31401 | (City, State, Zip) |
| SAME AS ABOVE | (Mailing Address) |
| cameron@claibornefirm.com | (Email Address) |

# United States District Court
## Southern District of Georgia

SOLOMAN OLUDAMISI AJIBADE, et al.

Plaintiff

v.

ROY HARRIS, et al.

Defendant

Case No. 4:16-cv-082-WTM-GRS

Appearing on behalf of Soloman Oludamisi Ajibade, et al. (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | Mark M. O'Mara |
| Business Address: | O'Mara Law Group |
| | Firm/Business Name |
| | 221 NE Ivanhoe Boulevard, Suite #200 |
| | Street Address |
| | Orlando     FL     32804 |
| Street Address (con't) | City     State     Zip |
| SAME AS ABOVE | |
| | Mailing Address (if other than street address) |
| Address Line 2 | City     State     Zip |
| 407-898-5151 | |
| Telephone Number (w/ area code) | Georgia Bar Number |
| Email Address: | mark@omaralawgroup.com |