# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE et al., | )<br>) |
| Plaintiffs, | ) |
| v. | ) Case No. CV416-082 |
| | ) |
| ROY HARRIS, et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

The Court having reviewed and considered the petitions of William F. Cash III and Troy A. Rafferty of the law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A., 316 S. Baylen Street, Suite 600, Pensacola, Florida 32502, for permission to appear pro hac vice on behalf of plaintiffs Soloman Oludamisi Ajibade et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter William F. Cash III and Troy A. Rafferty as counsel of record for plaintiffs Soloman Oludamisi Ajibade et al., in this case.

**SO ORDERED** this ___31st___ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA