UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. CV416-082 |
| ROY HARRIS, et al., | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petitions of Mark M. O'Mara and Alyssa J. Flood of the law firm of O'Mara Law Group, 221 NE Ivanhoe Boulevard, Suite #300, Orlando, Florida 32804, for permission to appear pro hac vice on behalf of plaintiffs Soloman Oludamisi Ajibade et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Mark M. O'Mara and Alyssa J. Flood as counsel of record for plaintiffs Soloman Oludamisi Ajibade et al., in this case.

**SO ORDERED** this __31st__ day of March, 2016.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA