AO 440 (Rev. 8/01) Summons in a Civil Action

Deborah Johnson

## RETURN OF SERVICE   CV416-082

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 15, 2016  10:53 AM |
| NAME OF SERVER (PRINT) Michael A. Palmer | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 17 Rock Dove Lane, Savannah, Ga

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $160* | TOTAL $160 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/18/2016      Michael A Palmer
             Date            Signature of Server

112 Runaway Point Road, Savannah, Ga
Address of Server

\* Initial address and Summons provided was found to be incorrect.

Lawanda N Ferguson
Notary Public
Commission Expires 3/11/17
Chatham County, GA

Lawanda Ferguson

Sworn and subscribed before me this 18th day of April 2016.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

GAS Rev 1/31/02