# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE )<br>and ADENIKE HANNAH AJIBADE, as )<br>natural parents of Mathew Ajibade, and  )<br>THE ESTATE OF MATHEW AJIBADE )<br>and CHRIS OLADAPO, its Executor   )<br>)<br>       Plaintiffs,   )<br>)<br>vs.   )<br>)<br>ROY HARRIS, in his official capacity as )<br>Chatham County Sheriff,   )<br>CORIZON HEALTH, INC.   )<br>CORIZON, LLC,   )<br>GREGORY BROWN,   )<br>BURT AMBROSE,   )<br>FREDERICK BURKE,   )<br>ABRAM BURNS,   )<br>GREG CAPERS,   )<br>MAXINE EVANS,   )<br>ANDREW EVANS-MARTINEZ,   )<br>PAUL FOLSOME,   )<br>DEBRA JOHNSON,   )<br>JASON KENNY,   )<br>CHRISTOPHER REED,   )<br>ERIC VINSON and   )<br>BENJAMIN WEBSTER,   )<br>)<br>       Defendants.   ) | Civil Action<br>File No. 4:16-082 |

## DISCLOSURE STATEMENT OF DEFENDANTS CORIZON HEALTH, INC., CORIZON, LLC, AND GREGORY BROWN

1

Pursuant to LR 7.1.1, SDGa., counsel of record for Corizon Health, Inc., Corizon, LLC, and Gregory Brown certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
| --- | --- |
| Soloman Oludamisi Ajibade | Plaintiff |
| Adenike Hannah Ajibade | Plaintiff |
| Estate of Matthew Ajibade | Plaintiff |
| Corizon Health, Inc. | Defendant |
| Corizon, LLC | Defendant |
| Chatham County, Georgia | Defendant |
| Roy Harris | Defendant |
| Burt Ambrose | Defendant |
| Frederick Burke | Defendant |
| Abram Burns | Defendant |
| Greg Capers | Defendant |
| Maxine Evans | Defendant |
| Andrew Evans-Martinez | Defendant |
| Paul Folsome | Defendant |
| Debra Johnson | Defendant |
| Jason Kenny | Defendant |

| | |
|---|---|
| Christopher Reed | Defendant |
| Eric Vinson | Defendant |
| Benjamin Webster | Defendant |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of the above-identified parties:

| **Name** | **Identification & Relationship** |
|---|---|
| Karey L. Witty | - Corizon Health, Inc. – Chief Executive Officer, Director<br>- Corizon, LLC – Chief Executive Officer |
| Scott A. Bowers | - Corizon Health, Inc. – President and Chief Operations Officer, Director<br>- Corizon, LLC – President and Chief Operations Officer |
| Douglas Thompson | - Corizon Health, Inc. – Executive Vice President, Chief Financial Officer, Treasurer<br>- Corizon LLC – Executive Vice President, Chief Financial Officer, Treasurer |
| J. Scott King | - Corizon Health, Inc. – Executive Vice President and Chief Legal Officer<br>- Corizon, LLC – Executive Vice President and Chief Legal Officer |

| | |
|---|---|
| Johnathan Walker | - Corizon Health, Inc. – Executive Vice President and Chief Business Development Officer<br>- Corizon, LLC– Executive Vice President and Chief Business Development Officer |
| F. Jeffrey Sholey | - Corizon Health, Inc. –Vice President & Corporate Controller<br>- Corizon, LLC –Vice President & Corporate Controller |
| Todd G. Sparlin | - Corizon Health, Inc. –Vice President of Healthcare Analytics & Assistant Treasurer<br>- Corizon, LLC –Vice President of Healthcare Analytics & Assistant Treasurer |
| Corizon Health, LLC | - Corizon, LLC – Sole Member and Chief Manager |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock):

| **Name** | **Identification, Relationship & Interests** |
|---|---|
| Valitas Health Services, Inc. | Delaware Corporation, Parent company of Corizon Health, Inc. |
| Valitas, Inc. | Delaware Corporation, Parent company of Valitas Health Services, Inc. |

Valitas Equity, LLCDelaware Limited Liability Corporation,
Parent organization of Valitas, Inc.


CARLOCK, COPELAND & STAIR, LLP


By:*s/Thomas S. Carlock*
THOMAS S. CARLOCK
State Bar No.: 110200
EMILY C. WARD
State Bar No. 500999


Attorneys for Corizon Health, Inc.,
Corizon, LLC, and Gregory Brown

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220

..........
P.O. Box 56887
Atlanta, Georgia 30343-0887
tcarlock@carlockcopeland.com
eward@carlockcopeland.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by the CM/ECF system:

William R. Claiborne
Cameron C. Kuhlman
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, GA 31401
**Attorney for Plaintiffs**

Mark O'Mara (pro hac vice)
Alyssa Flood (pro hac vice)
O'Mara Law Group
1416 East Concord Street
Orlando, FL 32803
**Attorney for Plaintiffs**

S. Wesley Woolf
S. Wesley Woolf, P.C.
408 East Bay Street
Savannah, GA 31401
**Attorney for Plaintiffs**

Troy A. Rafferty
Timothy M. O'Brien
William F. Cash, III
Levin Papantonio, Thomas, Mitchell Rafferty & Proctor, PA
316 S. Baylen St., Suite 600
Pensacola, FL 32502
**Attorney for Plaintiffs**

Jennifer R. Burns
P.O. Box 8161
Savannah, GA 31401
**Attorney for Defendant Chatham County**

This __31__ day of May, 2016.

By:    *s/Thomas S. Carlock*
       THOMAS S. CARLOCK
       State Bar No.: 110200
       EMILY C. WARD
       State Bar No.: 500999

       Attorneys for Defendants

Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303

404-522-8220
..........
P.O. Box 56887
Atlanta, GA 30343-0887

5594896v.1