UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **SOLOMAN OLUDAMISI AJIBADE** and **ADENIKE HANNAH AJIBADE,** as natural parents of Mathew Ajibade, and<br><br>**THE ESTATE OF MATHEW AJIBADE** and Chris Oladapo, its Executor,<br><br>**Plaintiffs,**<br><br>*v.*<br><br>**JOHN WILCHER,** in his official capacity as Chatham County Sheriff, et al.,<br><br>**Defendants.** | 4:16-CV-82-WTM-GRS |

## ORDER ON JOINT MOTION
## FOR EXTENSION OF DEADLINES (ECF No. 91)

The Court grants the moving parties' motion to extend time (ECF No. 91). The Court's scheduling order is amended as follows:

| | Deadline |
|---|---|
| **Close of non-expert discovery** | March 31, 2017 |
| **Last day to furnish expert witness report by plaintiff** | March 31, 2017 |
| **Last day to furnish** | May 10, 2017 |

1

|  | Deadline |
|---|---|
| expert witness report by defendants |  |
| Joint status report due | June 9, 2017 |
| Close of expert discovery | June 30, 2017 |
| Last day for filing civil motions including *Daubert* motion but excluding motions in limine | August 10, 2017 |

*No further extensions will be allowed.*

**SO ORDERED**, this 8th day of November, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA