# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE<br>and ADENIKE HANNAH AJIBADE,<br>as natural parents of Mathew Ajibade,<br>and THE ESTATE OF MATHEW<br>AJIBADE and CHRIS OLADAPO,<br>its Executor,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN WILCHER, in his official<br>capacity as Chatham County Sheriff,<br>et al.,<br><br>    Defendants. | CV416-082 |

## ORDER

The Court has reviewed Savannah Psychiatry's objection and motion for entry of a protective order limiting access, use, and disclosure of Mathew Ajibade's psychiatric treatment records. Doc. 102. Good cause having been shown, the Court **GRANTS** Savannah Psychiatry's motion. Within 21 days of this Court's Order, the parties are **ORDERED** to meet and confer then file with the Court their joint proposed protective order.

**SO ORDERED**, this 25TH day of January, 2017.

_/s/ G. R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA