UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE and ADENIKE HANNAH AJIBADE, as natural parents of Mathew Ajibade, and THE ESTATE OF MATHEW AJIBADE and CHRIS OLADAPO, its Executor<br><br>Plaintiffs,<br><br>vs.<br><br>ROY HARRIS, in his official capacity as Chatham County Sheriff, CORIZON HEALTH, INC. CORIZON, LLC, et al.<br><br>Defendants. | Civil Action<br>File No. 4:16-082 |

## MOTION FOR LEAVE OF ABSENCE

Pursuant to LR 83.9, SDGa., Eric J. Frisch moves the Court for a leave of absence so that he may be excused from the practice of law and from any appearances or proceedings in the above-styled civil action for the following dates:

**March 30, through March 31, 2017 to attend a seminar;**

**May 25, through June 13, 2017 for a vacation; and**

**November 1, through November 3, 2017 to attend a seminar.**

Applicant has notified all counsel of record in this case of his intent to apply for leave of absence.

WHEREFORE, Eric J. Frisch respectfully requests that his Motion for Leave of Absence be granted.

This 8th day of February, 2017.

                          CARLOCK, COPELAND & STAIR, LLP

                        By:   *s/Eric J. Frisch*
                                ERIC J. FRISCH
                                State Bar No.  261683

                                Attorneys for Corizon Health, Inc.,
                                Corizon, LLC, Scott H. Kennedy, MD
                                And Virginia O'Neill

191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220

..........

P.O. Box 56887
Atlanta, Georgia 30343-0887
tcarlock@carlockcopeland.com
eward@carlockcopeland.com
efrisch@carlockcopeland.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing pleading upon all parties to this matter by the CM/ECF system:

William R. Claiborne
Cameron C. Kuhlman
The Claiborne Firm, P.C.
410 East Bay Street
Savannah, GA  31401
**Attorney for Plaintiffs**

Mark O'Mara
Alyssa Flood
Omara Law Group
1416 East Concord Street
Orlando, FL  32803
**Attorney for Plaintiffs (Pro Hac Vice)**

Troy A. Rafferty
Timothy M. O'Brien
William F. Cash, III
Levin, Papantonio, Thomas, Mitchell
Rafferty & Proctor, P.A.
316 South Baylan Street, Suite 600
Pensacola, FL  32502
**Attorney for Plaintiffs (Pro Hac Vice)**

Benjamin M. Perkins
Lauren E. H. Meadows
Oliver Maner LLP
P.O. Box 10186
Savannah, GA  31412
**Counsel for Debra Johnson**

Lovie A. Brooks, III
P.O. Box 136
Columbia, SC  29202
**Counsel for Benjamin Webster**

Oana D. Johnson
151 King Street, 2nd Floor
Charleston, SC  29407
**Counsel for Benjamin Webster**

R. Jonathan Hart
P.O. Box 8161
Savannah, GA  31412
**Counsel for Defendant Wilcher**

I further certify that I served the following parties via US Mail, addressed as follows:

Mark Capers
307 Stonebridge Circle
Savannah, GA  31419

Paul Folsome
5 Holiday Court
Savannah, GA  31419

Eric Vinson
1307 Stubbs Street
Savannah, GA  31404

This 8th day of February, 2017.

By:  *s/Eric J. Frisch*
ERIC J. FRISCH
State Bar No.  261683

Attorneys for Corizon Health, Inc.,
Corizon, LLC, Scott H. Kennedy, MD
And Virginia O'Neill

Carlock, Copeland & Stair, LLP
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220
   ……….
P.O. Box 56887
Atlanta, GA 30343-0887