UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE )<br>and ADENIKE HANNAH AJIBADE, as )<br>natural parents of Mathew Ajibade, and )<br>THE ESTATE OF MATHEW AJIBADE )<br>and CHRIS OLADAPO, its Executor )<br> )<br>Plaintiffs, )<br> )<br>vs. )<br> )<br>ROY HARRIS, in his official capacity as )<br>Chatham County Sheriff, )<br>CORIZON HEALTH, INC. )<br>CORIZON, LLC, et al. )<br> )<br>Defendants. ) | Civil Action<br>File No. 4:16-082 |

## ORDER

Pursuant to Local Rule 83.9 of this Court, the Court having reviewed the Motion for Leave of Absence of attorney Eric J. Frisch for leave from activities pending in this Court from March 30, through March 31, 2017; May 25, through June 13, 2017; and November 1, through November 3, 2017, and, having received no objection from opposing counsel,

Said Motion for Leave is hereby granted.

So Ordered this _____ day of _____, 2017.

_____
U.S. District Judge
Southern District of Georgia

6