# EXHIBIT A

# SIMPLE BATTERY DVA
## Savannah-Chatham Metropolitan Police



**150101145**  Supplement No **ORIG**

201 Habersham Street

Savannah, GA 31412
Nature of Call
SIMPLE BATTERY DVA

PHONE (912) 651-6675

FAX (912) 651-6683

Reported Date
01/01/2015

Officer
OWENS, REGINALD

## Administrative Information

| Agency | | | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|---|---|
| Savannah-Chatham Metropolitan Police | | | | 150101145 | ORIG | 01/01/2015 | 18:15 |

| CAD Call No | Status | Nature of Call | | | | | |
|---|---|---|---|---|---|---|---|
| 150011143 | REPORT TAKEN | 1313 | | | | | |

| Location | | | | City | | ZIP Code | Rep Dist |
|---|---|---|---|---|---|---|---|
| 209-B E DUFFY ST | | | | SAVANNAH | | 31401 | 4182X |

| Area | Beat | From Date | From Time | Officer | | | Assignment |
|---|---|---|---|---|---|---|---|
| 24 | 242B | 01/01/2015 | 18:15 | 1384/OWENS, REGINALD | | | DOWNTOWN |

| Entered by | Assignment | RMS Transfer | Prop Trans Stat | Report Title | | | |
|---|---|---|---|---|---|---|---|
| 1384 | DOWNTOWN | Successful | Successful | SIMPLE BATTERY DVA | | | |

| Solvability | Score | Approving Officer | | Approval Date | | Approval Time | |
|---|---|---|---|---|---|---|---|
| HIGH PROBABILITY | 560 | 4971 | | 01/03/2015 | | 10:45:54 | |

| SUPERVISOR RESPONDED | DOMESTIC VIOLENCE | CHILDREN INVOLVED | CHILDREN PRESENT | PREVIOUS COMPLAINTS |
|---|---|---|---|---|
| Y | Y | N | N | U |

| PRIOR COURT ORDERS | ABUSE TYPE | POLICE ACTION | PREMISE TYPE | HOW AGGRESSOR ID |
|---|---|---|---|---|
| N | 06 | 1 | 6 | 1 |

| SUBSTANCE ABUSE | RELATIONSHIP OF AGG TO VIC | WEAPON TYPE | VICTIM RACE | AGGRESSOR RACE |
|---|---|---|---|---|
| N | 9 | 3 | B | B |

| VICTIM ADVISED OF REMEDIES |
|---|
| N |

| Domestic Violence |
|---|
| Yes |

| # Offenses | Offense | Description | Complaint Type |
|---|---|---|---|
| 1 | 16-5-23 1 | BATTERY | |
| # Offenses | Offense | Description | Complaint Type |
| 2 | 16-10-24 | OBSTRUCTION OF AN OF | |

## Person Summary

| Invl | Invl No | Type | Name | MNI | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| ARR | 1 | I | AJIBADE, MATTHEW | 1040054 | B | M | |
| VIC | 1 | I | ODEWOLE, FISAYO | 1082386 | B | F | |
| WIT | 1 | I | KABORE, RIMNONGA | 487055 | B | M | |

## Summary Narrative

Myself and APO. L. Baker was dispatched to the intersection of East Duffy/Abercorn St.,in reference to a Domestic incident,and the suspect was chasing the victim.



PLAINTIFF'S EXHIBIT P24

| Report Officer | Printed At | |
|---|---|---|
| 1384/OWENS, REGINALD | 03/23/2015 15:25 | Page 1 of 3 |

PA01307

# SIMPLE BATTERY DVA
## Savannah-Chatham Metropolitan Police

**150101145**

Supplement No
ORIG

## ARRESTEE 1: AJIBADE,MATTHEW

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| ARRESTEE | 1 | Individual | AJIBADE,MATTHEW | | 1040054 | BLACK | MALE |

| DOB | Age | Juvenile? | Height | Weight | Hair Color | Eye Color | PRN |
|---|---|---|---|---|---|---|---|
| | 21 | No | 5'10" | 165# | BLACK | BROWN | 1560354 |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 209 EAST DUFFY ST | | Savannah | GEORGIA |

| Date |
|---|
| 01/01/2015 |

| Type | ID No | | OLS |
|---|---|---|---|
| OPERATOR LICENSE | | | GEORGIA |

| Phone Type | Phone No | Date | Phone Type | Phone No |
|---|---|---|---|---|
| CELL | (323)420-5259 | 01/01/2015 | WORK | (912)651-5927 |

| Date |
|---|
| 01/01/2015 |

| Compliant | Passive Resistance | Active Resistance | Assaultive(Active Aggression) |
|---|---|---|---|
| N | N | Y | N |

| Assaultive W/GREAT BODILY INJURY | Cooperative Controls | | Defensive Tactics | Lethal Force |
|---|---|---|---|---|
| N | SOFT EMPTY HAND CONTROL | | N | N |

| Injuries to Officer | Injuries to Suspect | Medical Aid Rendered | Supervisor On-Scene | Photos Taken |
|---|---|---|---|---|
| Y | N | N | Y | Y |

| Suspected Drug/Alcohol Use | Transported By | Transported To |
|---|---|---|
| N | SCPL R. OWENS | CHATHAM COUNTY DETENTION CENTER |

| Weapon Type |
|---|
| HAND |

| Employer/School | Location |
|---|---|
| WELLS FARGO BANK | 5703 WATERS AVE |

| City | State | Phone Type | Phone No |
|---|---|---|---|
| Savannah | GEORGIA | WORK | (912)651-5926 |

| Involvement | Arrest Type | Arrest Date | Arrest Time | Book Date | Book Time | Status |
|---|---|---|---|---|---|---|
| ARRESTED | ARRESTED | 01/01/2015 | 18:45:00 | 01/01/2015 | 19:50:00 | BOOKED INTO CCCD |

| Dispo | Arrest Location | City | Place of Birth |
|---|---|---|---|
| MISDEMEANOR | 1115 ABERCORN ST | Savannah | LIBERIA |

| City of Birth | Multi-arrests |
|---|---|
| LAGOS | COUNT ARRESTEE |

| Charge | Level | Charge Literal | Attempted? |
|---|---|---|---|
| 16-5-23.1 | M | BATTERY | Y |
| 16-10-24 | M | OBSTRUCTION OF AN OF | Y |

## VICTIM (PERSON) 1: ODEWOLE,FISAYO

| Involvement | Invl No | Type | Name | MNI |
|---|---|---|---|---|
| VICTIM (PERSON) | 1 | Individual | ODEWOLE,FISAYO | 1082386 |

| Race | Sex | DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color |
|---|---|---|---|---|---|---|---|---|
| BLACK | FEMALE | | 23 | NOT OF HISPANIC ORIGIN | No | 5'07" | 135# | BLACK |

| Eye Color | Skin | Means of Attack | | Extent of Injury | Dom Violence |
|---|---|---|---|---|---|
| Brown | DARK BROWN | HANDS, FEET AND FISTS (MEDICAL ATTENTION) | | BRUISE | YES |

| Vic/Ofnd Age | Vic/Ofnd Age | PRN |
|---|---|---|
| 23 | 21 | 1560355 |

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 209 EAST DUFFY ST | | Savannah | GEORGIA |

| Date |
|---|
| 01/01/2015 |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | (323)450-5259 | 01/01/2015 |

| Employer/School | Location |
|---|---|
| WELLS FARGO BANK | 311 JOHNNY MERCER BLVD |

| City | State | Phone Type | Phone No |
|---|---|---|---|
| Savannah | GEORGIA | WORK | (912)897-8920 |

## WITNESS 1: KABORE,RIMNONGA

| Involvement | Invl No | Type | Name | | MNI | Race | Sex |
|---|---|---|---|---|---|---|---|
| WITNESS | 1 | Individual | KABORE,RIMNONGA | | 487055 | BLACK | MALE |

| DOB | Age | Ethnicity | Juvenile? | Height | Weight | Hair Color | Eye Color | Skin |
|---|---|---|---|---|---|---|---|---|
| | 35 | NOT OF HISPANIC ORIGIN | No | 5'11" | 350# | BLACK | Brown | DARK |

| PRN |
|---|
| 1560356 |

| Report Officer | Printed At | |
|---|---|---|
| 1384/OWENS,REGINALD | 03/23/2015 15:25 | Page 2 of 3 |

PA01309

# SIMPLE BATTERY DVA
## Savannah-Chatham Metropolitan Police

**150101145**

Supplement No
ORIG

| Type | Address | | City | State |
|---|---|---|---|---|
| HOME | 2200 E VICTORY DR #71 | | SAVANNAH | GEORGIA |

| ZIP Code | Date |
|---|---|
| 31404 | 01/01/2015 |

| Type | ID No | OLS |
|---|---|---|
| OPERATOR LICENSE | | GEORGIA |

| Type | ID No |
|---|---|
| SOCIAL SECURITY NUMBER | |

| Phone Type | Phone No | Date |
|---|---|---|
| CELL | (912)441-9591 | 01/01/2015 |

## Modus Operandi

| Victim's Race | Victim's Sex | Victim's Age | Vulnerability | Victim's Action |
|---|---|---|---|---|
| BLACK | FEMALE | ADULT | YOUNG | AT HOME |

| Suspect Action |
|---|
| INJURY INFLICTED |

| Crime Code(s) |
|---|
| ALL OTHERS |

## Narrative

Sir, Upon our arrival, I observed a black male standing close to a black female,who was later identified as Fisayo Odewole. The black male,who was later identified as Matthew Ajibade, had placed a white blanket over their heads,in an effort to conceal his identity, while I approached by vehicle. Mr. Ajibade had held onto the victim tightly. The blanket was removed by the victim. I noticed that Ms. Odewole's face was bruised, and her nose was bleeding. While myself and APO. Baker approached the two, I told Mr. Ajibade to release Ms. Odewole, he refused,and continued to resist after several commands were given. I then tried to pull the two apart. Mr. Ajibade started to resist apprehension in a violent manner, and was taken to the ground, so that he could be handcuffed. While on the ground, he continued to resist, prior to placing the handcuffs on him. This apprehension took place at 1115 Abercorn St.,in a convenient store's parking lot.

Sergeants T. Wilson, and S. Young, were the supervisors who responded to the incident. EMS was requested to the scene. Ms. Odewole had refused treatment. Mr. Ajibade was not injured, and refused treatment as well.

Ms. Odewole could not give me a reason why Mr. Ajibade attacked her, other than he was acting strange throughout the day. APO. Baker advised me that Mr. Ajibade uttered that he attacked her for having an affair with an unidentified person. Mr. Ajibade was identified as the primary aggressor. He was charged with Battery (DVA), and Obstruction by resisting arrest, and was transported to the Chatham County Detention Center, via my vehicle. Ms. Odewole gave me a plastic prescription bottle labled as Divalproex, 500mg. containing multiple pills that were pinkish in color.

The witness,Rimnonka Kabore, an employee of the El Cheapo convenient store observed Mr. Ajibade place a blanket over Ms. Odewole's head, and resisted officers. A CRN card was issued to Ms. Odewole.

| Report Officer | Printed At | |
|---|---|---|
| 1384/OWENS,REGINALD | 03/23/2015 15:25 | Page 3 of 3 |

PA01310

RECEIVED & SCANNED

MAR 2 7 2015

MAILED/E-MAILED TO CLIENT