# EXHIBIT C

**OFFICE OF THE SHERIFF**
**CHATHAM COUNTY SHERIFF'S COMPLEX**

<u>VICTIM NOTIFICATION FORM</u>

INMATE _Alibade, Matthew_
(LAST NAME, FIRST, MIDDLE)

CHARGES (1) _Battery_

(2) _____

(3) _____

(4) _____

VICTIM _Odewole, Fisayo_
(LAST NAME, FIRST, M.I.)

TELEPHONE _(823)450-5891_
(HOME)                    (OTHER)

FIRST ATTEMPT _____ CONTACTED  ( ) YES
                DATE/TIME                ( ) NO

OFFICER ___ _Kammie_
             _Kinsey_
SECOND ATTEM _(912) 341 7946_  TACTED ( ) YES
                                       ( ) NO

OFFICER _____

SIGNATURE

REMARKS: _____  _Possible m/H_
_____          _need Picture_
_____          _& Thumbscan_
_____          _Disco_

PLAINTIFF'S
EXHIBIT
**P3**


PA00691