# EXHIBIT E

| | Chatham County Sheriff's Department Complex Corrections Bureau Policy and Procedure | Policy Number: 04/20/01 | Pages: 14 |
|---|---|---|---|
| | | Related A.C.A. Standards: 4-ALDF-2A-19 THROUGH 4-ALDF-2A-27 4-ALDF-6A-05 | |
| Chapter: INSTITUTIONAL SERVICES | | Subject: Reception and Orientation Inmate Personal Property | |

I. POLICY:

To provide an admission program for all new inmates that is conducted immediately following their arrival. The admission program is designed to:

A. Provide for the safety and security of the facility;

B. Reduce the anxiety level for newly committed inmates;

C. Ensure that all inmates are properly identified;

D. Ensure that court papers, committed papers, etc. are complete and accurate;

E. Properly record authorized inmate property and remove, account for, and store or dispose of unauthorized inmate property;

F. Ensure that each inmate's personal hygiene is addressed through clothing exchanges, showers, and issuance of hygiene items;

G. Accomplish Medical, Dental and Mental Health screenings;

H. Record basic personal data;

I. Housing Unit assignment (inmates are separated from General Population during the admissions process, pending Classification)

II. DEFINITIONS:

For purposes of clarity of subject matter, the following definitions shall apply to this policy:

1



PLAINTIFF'S EXHIBIT PU5

Sheriff1-01834

A.  **Admission** - The process of entry into the facility and/or program. During admission processing, the inmate receives an orientation to programs, goals, rules, and regulations.

B.  **R&D** - Receiving And Discharge Unit.

C.  **Inmate** - Any person, whether in pretrial, unsentenced status or who is confined in this facility.

D.  **Infectious** - Capable of being transmitted by infection.

E.  **Communicable** - Capable of being communicated or transmitted (i.e. Communicable Disease).

F.  **Tuberculosis** - An infectious disease caused by tubercle bacilli having many and varied manifestations in lungs, brain, bone, etc.

G.  **Venereal Disease** - Any of several diseases (i.e. syphilis, gonorrhea, herpes, etc.) contracted through sexual intercourse.

H.  **Orientation** - Introductory instructions of programs, services, and guidelines informing inmates of behavioral expectations.

I.  **Pneumatic Tube** - A vacuum tube that is used to transport a cylinder from one point to another.

J.  **Religious Medallion** - Any of various medals, coins or similarly described items of a bona fide religious nature, that does not present a threat to the safety or security of this facility.

III. PROCEDURES:

A.  Arrival Of Inmate And Initial Process

 1.  When an inmate arrives, he/she will be escorted by the transporting officer into the Pre-Booking area of the R&D Unit. In the event of unruly inmates, the R&D staff shall provide assistance to the transporting officer as indicated.

 2.  An R&D Officer will conduct the pat-down search of the arrestee. All inmates entering or leaving this facility will be pat-searched. Strip-searches will only be conducted in accordance with policy and procedures.

 3.  The transporting officer must provide this facility proper legal and legible documentation to confine the arrestee in this facility. This documentation must be completely and

Sheriff1-01835

    properly filled out by the arresting agency/officer. Acceptable documentation may be in the form of the agency's Arrest/ Booking Form, Court Committal papers, etc.

  4. The arrestee is accepted into the custody of this facility when the authorized R&D officer reviews and signs for custody of the person.

B. Medical Receiving Screening

  1. All inmates shall be provided a receiving screening at the time they are committed to this facility. This screening is conducted by the facility's contracted Inmate Medical Services provider and is performed by a Licensed Practical Nurse (LPN) or Registered Nurse (RN).

  2. No inmate requiring immediate emergency medical treatment beyond what can be provided within this facility shall be accepted into the facility until the inmate has been treated at a hospital Emergency Room and medically cleared for commitment by the treating physician. In this event, the LPN assigned to the R&D area shall make the appropriate referrals to a hospital Emergency Room and notify the on-duty R&D Supervisor and/or Watch Commander of the referral. The R&D Supervisor and/or Watch Commander shall inform the arresting agency's transporting officer of the referral **as well as inform the officer that custody of the arrestee IS NOT being accepted by this Department.**

  3. IN ALL CASES WHERE IT IS APPARENT OR SUSPECTED THAT AN INMATE BEING COMMITTED INTO THE CUSTODY OF THIS DEPARTMENT HAS A MEDICAL PROBLEM (I.E. INJURY, ETC.) THE MEDICAL STAFF AND THE ON-DUTY R&D SUPERVISOR AND/OR WATCH COMMANDER WILL BE IMMEDIATELY NOTIFIED.

  4. All inmates will be screened for psychiatric illness at the time of commitment. In cases of acute illness, the inmate will be housed under close supervision and the Mental Health Staff immediately contacted. The Mental Health Staff shall respond and conduct appropriate Mental Health/Mental Retardation assessments and refer the inmate according to their findings (as provided for in Policy And Procedures Re: Mental Health Services).

  5. All examination findings will be documented on the Receiving Screening Form, which is forwarded to the Medical Section at the end of each shift for review and follow-up.

Sheriff1-01836

6. All inmates will be provided PPD testing by the facility Medical Staff to detect tuberculosis and venereal disease. Inmates who refuse to submit to this testing may be placed in segregation/isolation pending compliance. In addition, inmates will be deloused if it is determined by the Medical Staff that it is indicated for the inmate.

C. Intoximeter Tests

1. If the arresting agency requests an intoximeter test of the arrestee's breath, such testing may be conducted using the equipment installed in the Pre-Booking area, by Georgia State Certified Operators only. In the event that the arresting agency requests tests other than breath analysis (i.e. blood, urine, etc.) then the arresting agency is responsible for securing the appropriate personnel to accomplish the tests. The facility's medical staff does not conduct such testing relating to the arrest of a person. The arresting agency may transport the inmate to a testing facility (i.e. hospital, etc.) prior to committing the inmate to the custody of this department, or make other arrangements (i.e. EMS, etc.).

2. If the arrestee requests a test independent of the test required by the arresting agency, then the arresting agency shall be responsible for transporting the arrestee (if appropriate). Any expenses incurred as a result of this additional testing will be the responsibility of the arrestee.

D. Property

1. In the presence of the arresting/transporting officer, the R&D officer will inventory the inmate's property (i.e. money, valuables, clothing, etc.) on the appropriate money receipts and/or Inmate's Personal Property Receipts. The inmate will be issued the **PINK** copy of the Inmate's Property Receipt Form and the **WHITE** copy of the money receipt. The **PINK** copy of the inmate's money receipt will be placed in a specified designated area of Receiving and Discharge. The Accounting Clerk Supervisor will collect all pink copies on a weekly basis.

2. All receipted U.S. Currency (cash and acceptable money orders, etc.) will be placed in a clear zip-lock bag along with the **YELLOW** copy of the money receipt and sent to the cashier via the pneumatic tube. All valuables (jewelry, watches, credit cards, etc.) and knives will be placed into

a numbered plastic bag together with the **YELLOW** copy of the completed Property Form and **sealed**. The sealed bag will be initialed by the booking desk officer, secured in a canister and sent to the Property Room via the pneumatic tube. All other property ( wallet, keys, forms of identification, pager, cell phone, shoes, etc.) will be turned over to the Property Officer, together with the **WHITE** copy of the Property Form. The Property Officer is responsible for securing the property in the assigned Property Storage Compartment within the Property Room.

3. Each inmate will be provided a numbered Inmate Commissary Account. Those inmates committed to the custody of this facility **without** any money will have a ZERO balance. All other inmates will have a balance according to their money receipt.

4. In the event of a money discrepancy, the Cashier will immediately contact the R&D Supervisor and/or Watch Commander, who will take appropriate corrective action to resolve the discrepancy.

E. Property Release

In the event that the inmate's property and/or money is to be released (via Inmate Property Release Form or the inmate is being released from custody), then the following steps will be followed:

1. The Property Officer is responsible for discharging all inmate property stored in the Property Room. (If the inmate is being released from the custody of this department, then the inmate will be instructed to receive their money from the cashier).

2. The Property Officer will ensure that all property stored in the Property Room is accounted for and will hand it to the person being released. That person shall sign for receiving the property in the appropriate space on the **WHITE** copy of the Property Form. The Property Officer will note the date and time on the form and shall also sign in the appropriate space.

3. The Property Officer shall direct the inmate to the Cashier's Window to receive the money and/or checks.

4. The Cashier is responsible for releasing all funds due to the inmate.

Sheriff1-01838

5. The Cashier will check the computer for the inmate's account balance and will generate a check made payable in the inmate's name for all funds due to the inmate. In the event that the inmate's account balance is less that twenty (20) dollars, then a single check will be issued to the inmate. The Cashier may cash that check from Petty Cash, providing the inmate elects to do so and endorses the check. ALL CHECKS MUST BE REVIEWED AND SIGNED BY AT LEAST ONE SUPERVISOR (SERGEANT OR ABOVE) PRIOR TO ISSUANCE. All inmates being transferred from the custody of this department to the custody of another agency will be issued a **single check only.**

6. In the event that the inmate's account balance exceeds twenty (20) dollars, then the cashier will process two checks. The first for twenty (20) Dollars, which may be cashed out of Petty Cash, and the second for the remaining balance. If the amount of the second check is twenty (20) dollars or less, then that check may be cashed as well. In the event that the amount of the second check exceeds twenty (20) dollars, then the inmate will be issued the second check, which may be presented to any branch of the bank it is drawn upon. However, the person issued the check is responsible for compliance with the check cashing policy of the bank.

7. In the event that the person being released disagrees with the account balance or makes a claim of missing/lost property, an attempt will be made to resolve the dispute. If the attempt is unsuccessful, then that person will be provided the name and office telephone number (in writing) of the Standards and Accreditations Lieutenant and will be informed to contact the Lieutenant the following business day. The Cashier will then accomplish an Incident Report and will forward a copy of the report, along with all other pertinent information to the Lieutenant without delay. Under no circumstance is any staff member authorized to make any statement to any person making a claim against this department that validates that person's claim. The person making the claim will be respectfully advised to contact the Lieutenant if they wish to pursue the claim. The person will also be informed that an appropriate inquiry into their claim shall be conducted.

8. The inmate is also required to sign the computer generated form for receiving any funds. Once completed, this form is forwarded to the accountant for filing/balancing purposes.

Sheriff1-01839

9. In the event that a person refuses to sign any form for receiving property, money or authorizing the release of his/her property or money, then the transaction shall **not** proceed and the R&D Supervisor and Watch Commander will be immediately informed. Additionally, if circumstances warrant, the Standards/Accreditations Lieutenant will be contacted and briefed. In either case, Incident Reports will be accomplished and copies forwarded to the Lieutenant without delay.

F. Recording of Basic Personal Data

This information is compiled by the R&D officer, recorded on the Uniform Booking Form (hard-card), and will include, but is not limited to:

1. Information from Court documents

2. Information from the inmate:

    a. Alias, nicknames

    b. Race/ethnic origin

    c. Religious preference (if any)

    d. Nationality

    e. Date Of Birth

    f. Age

    g. Marital Status

    h. SSN

    i. Next Of Kin/Emergency Contact

3. Prior Offense(s) record

4. Physical and Mental Condition

5. Photograph and Right Thumb Print

In addition, all inmates are finger-printed in compliance with the requirements of the arresting agency as well as provide their signature to certain documents (i.e. finger-print cards, Uniform Booking Form, Receiving Screening Form, etc.). Upon completion,

Sheriff1-01840

this information is forwarded to the Records Section to be entered into the inmate's file.

G. Identification Arm-Bands

   1. All inmates will be issued a photo identification arm-band and are required to wear it at all times.

   2. This arm-band is the property of the Chatham County Sheriff's Department.

   3. Staff will utilize the photo identification arm-band as a means of identifying each inmate during their incarceration. However, staff should always cross-check the identification of the inmate by other means if there is any question or doubt as to the identity of the inmate.

   4. All inmates are required to produce their arm-band upon demand to any staff member. Failure or refusal to do so may subject the inmate to disciplinary actions.

   5. Inmates who remove their arm-band will not be permitted participation in any inmate program or services (i.e. recreation, commissary, library, visitation, etc.) except for those activities required by law (i.e. attendance in court proceedings, attorney correspondence, necessary/emergency medical care, etc.).

H. Chemically Dependent Inmates

   The facility's contracted Inmate Health Care provider has certain policies governing the screening of inmates for chemical dependence. The Corrections Bureau supports the Provider in this regard. Those inmates that demonstrate a significant potential for dependency and/or abuse of drugs and/or alcohol, as demonstrated by history or clinical symptoms, will be referred to the Physician. Any inmate committed to this facility under the influence of alcohol and/or drugs shall be separated from general population and kept under close observation for a period of time as recommended by the medical staff.

I. R&D Waiting Area/Telephone Calls

   1. The R&D Waiting Area is designed to allow cooperative inmates the opportunity to sit in an open space, under the direct supervision of the R&D staff. This area is designed to help reduce the anxieties of the new inmates, and promote a less stressful environment for the staff and inmates.

Sheriff1-01841

2. This area is equipped with inmate telephones for contacting attorney's, bonding companies, family, friends, etc. as well a television for inmate viewing. Each inmate will be afforded the opportunity to place at least one (1) free local call or one (1) long distance collect call.

J. Special Management Inmates

Any inmate displaying violent or assaultive, or suicidal behavior will be placed into an observation cell/room, located within the R&D Area and will be observed by the R&D staff and the medical staff at least every fifteen (15) minutes. Inmates of this type will remain in the room/cell until they cooperate with staff and no longer present a threat to the safety and security of the facility, or are relocated to a suitable housing unit for continued observation and supervision.

K. Inmate Dress Out (Clothing Exchange)

Prior to the inmate being dressed out, the R&D staff will check with the Records Section to determine if release papers (i.e. Court Release Order, Bonds, Fines, etc.) are present. If not, then the inmate shall be thoroughly pat-searched and escorted by an R&D officer to the clothing exchange area. All strip-searches will be conducted in accordance with existing Policies and Procedures. During the dress-out procedure, the staff will conduct themselves in a dignified manner and afford the inmate sufficient privacy, to the extent possible, to avoid experiencing undue embarrassment.

1. The Property Officer is responsible for issuing all inmate uniforms and for ensuring that all inmate personal property is properly accounted for and receipted. The inmate being dressed out may be permitted to keep the following personal items:

    a. Wedding band.

    b. One bona fide Religious Medallion (that does not present a threat to safety or security), with supervisory approval.

    c. Reasonable reading and writing materials (that conform to the type normally permitted within this facility).

    d. Authorized legal materials (pertinent to their <u>current</u> criminal charges or civil proceedings).

9

Sheriff1-01842

    e.    Necessary medical appliances (i.e. braces, crutches, hearing aids, prescription eye-glasses, Medic-Alert Bracelets/Necklaces, etc.) The Medical Staff must verify that the inmate requires the appliance and must assist the officers in checking the appliance for contraband. All medical appliances must be approved by the medical staff and the Watch Commander.

**NOTE: IF THE INMATE IS DISABLED AND REQUESTS/REQUIRES ASSISTANCE, THE OFFICER WILL ENSURE THAT SUFFICIENT AND ADEQUATE ASSISTANCE IS RENDERED TO THE INMATE IN ORDER TO COMPLETE THE DRESS-OUT PROCEDURE. ADDITIONALLY, SHOULD THE INMATE REQUEST ANY ACCOMMODATION BECAUSE OF THE DISABILITY, THE INMATE SHOULD BE ENCOURAGED TO SUBMIT THE REQUEST IN WRITING ON AN <u>INMATE REQUEST FORM</u>. THE OFFICER WILL ALSO INFORM THE MEDICAL STAFF OF THE INMATE'S REQUEST FOR ACCOMMODATION.**

    f.    All excess materials will be receipted and stored in the Property Room.

2. All inmate property will be clearly identified with the inmates full name, date of birth, SSN, race and sex, which will be recorded on the Inmate Personal Property Receipt.

3. All inmate property will be placed in a garment bag, together with the original copy of the Property Receipt. All cash and valuables will be secured in the Cashier Station safes, as provided for in III.(D)(1-5) of this policy.

4. All inmates will be issued an inmate uniform (shirt, pants and footwear) of sufficient size to fit the inmate comfortably. If an inmate can not be fitted with a uniform due to unusually large size, or other reasons, then the R&D supervisor or Watch Commander may authorize the inmate to keep his/her personal clothing, provided that the clothing does not present an immediate threat to security (i.e. metal attachments, etc.).

5. The inmate will be permitted to shower, if necessary.

6. The inmate's personal clothing may be laundered, if necessary.

7. The officer will be alert for any injuries on the inmate (i.e. cuts, bruises, etc.) or other medical conditions that may not have been evident previously and will inform the R&D medical staff in the event any are observed. Officers will

Sheriff1-01843

        also be aware of any scars, marks, tattoos, etc. that were not previously apparent and will document such on the Uniform Booking Form.

8. Officers will be alert for any inmate attempting to conceal and/or smuggle any contraband. Should the officer discover any contraband, then it will be seized and the R&D Supervisor and/or Watch Commander immediately advised. If the contraband is of a criminal nature (i.e. drugs, weapons, etc.), then proper Evidence Custody procedures will be adhered to. The searching and strip-searching of inmates will at all times be done in conformance with existing policy and procedures.

9. Once the inmate has changed into the inmate uniform, the inmate will be placed into a holding cell to await assignment into a housing unit.

L. Pre-Trial Services

Pre-Trial Services is a function of the Court Administrator's Office. It function is to interview potential clients for eligibility for Pre-Trial Release and for eligibility for Court Appointed Attorneys.

1. Upon completion of the Identification/Booking phase of the intake process, Pre-Trial Services will be given the opportunity to interview potential clients. The interview may take place within the R&D area or at the inmates assigned housing unit.

M. Arraignment

1. This facility provides two rooms for use by the Recorder's Court of the arresting agency's jurisdiction.

2. All inmates who are scheduled for arraignments will be placed in a holding cell in the R&D area to await their appearance.

3. The R&D Unit Manager schedules sufficient uniformed staff as Courtroom/Escort Officers.

4. Inmates will be escorted to the facility's courtroom by the R&D staff or the arresting officer.

N. Custody Assessment Scale/Classification Profile

11

Sheriff1-01844

Within seventy-two (72) hours after the arrival of each inmate to this facility, the Classification staff conducts a Custody Assessment Scale/Classification Profile. The information used in this assessment is derived from the Uniform Booking Form (hard-card), personal interviews with the inmate, a custody history check, and may also include NCIC/GCIC checks. This information includes, but is not limited to:

1. Summary of criminal history

2. Basic social information

3. Initial medical, dental, and mental health observations and comments

4. Program interests

O. Housing Unit Assignment

Each inmate will be assigned to an appropriate housing unit, pending classification.

1. All **MALES** will be assigned to Housing Unit #1-C

2. All **FEMALES** will be assigned to Housing Unit #2-A

3. Exceptions to this are those inmates requiring Medical or Mental Health observation, or male inmates requiring immediate Administrative Segregation for **SECURITY** reasons. In the event that a Classification Specialist is not on duty, all inmates placed into Administrative Segregation must be approved by the Watch Commander and their classification status reviewed by a Classification Specialist within seventy-two hours. The Watch Commander must complete an "Emergency Relocation Form" and forward it to the Classification Specialist.

P. Orientation

Upon arrival at their assigned housing unit, each inmate shall be issued an Inmate Handbook that provides sufficient information to the inmate regarding services and programs, as well as other pertinent information concerning their incarceration.

1. Each inmate is also provided an orientation by the staff that unit. The orientation shall includes:

   a. The rules and regulations of the facility.

12

b. Informing the inmate of the different inmate programs and services available and instructing the inmate on the procedures to follow to apply/receive the services. These inmate services/programs include:

   1. Inmate Rights and Responsibilities
   2. Medical/Dental/Mental Health Services
   3. Educational/Vocational Programs
   4. Religious Programs
   5. Library programs (legal and leisure/recreational)
   6. Disciplinary Procedures
   7. Grievance Procedures
   8. Emergency Procedures
   9. Inmate Request Forms
   10. Other pertinent information

c. All inmates will be issued two sheets, a blanket, a towel, toothpaste, a toothbrush, and a bar of soap.

d. To the extent possible, assistance will be rendered to those inmates that are illiterate or that do not understand the rules and regulations.

e. In the event that a language other than English is the primary and native language of an inmate, then to the extent possible, assistance in translating the Inmate Handbook into the language understood by the inmate will be rendered. The Administration maintains a list of officers who are bilingual and are able to assist in this regard.

13

Sheriff1-01846

. POLICY REVIEW:

This policy and procedure will be reviewed annually and updated as needed.

V. EFFECTIVE DATE:

Issued and approved _2/6_, 20_08_.

_[signature]_
ADMINISTRATOR

ASSISTANT ADMINISTRATORS:

_[signature]_                                    _[signature]_
SECURITY                                         OPERATIONS