# EXHIBIT F

| | |
|---|---|
| **General Health Services Policy & Procedure** | **CORIZON**™ Date of Issue: 10/29/2012 |
| Site Name: Chatham County Detention Center | Revision Dates: 03/26/13 09/2014 |
| Title: Receiving Screening | No: J-E-02.00 |

**POLICY:**

Receiving screening is performed on inmates upon arrival at the intake facility to ensure that emergent and urgent medical and mental health care needs are met.

**PROCEDURE STATEMENTS:**

**NCCHC/ACA**

1. Persons who are unconscious, semiconscious, bleeding, mentally unstable, or otherwise urgently in need of medical attention are:
   a. Referred promptly for care and medical clearance into the facility.
   b. If they are referred to a community hospital and then returned, their admission to the facility is predicated on written medical clearance from the hospital.

2. Urgent health needs are identified and addressed, and potentially infectious inmates are isolated.

3. A receiving screening takes place for inmates as soon as possible by qualified health care professionals or health trained correctional officers.

4. When health trained correctional personnel perform the receiving screening, they are to call health staff for disposition of the inmate if problems are identified.

5. Reception personnel, using a form approved by the responsible health authority, conduct a basic receiving screening inquiry on:
   a. Current and past illnesses, health conditions, or special health requirements.
   b. Past serious infectious disease.
   c. Recent communicable illness symptoms (e.g., chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever, night sweats).
   d. Past or current mental illness, including hospitalization.
   e. History of or current suicidal ideation.
   f. Dental problems.
   g. Allergies.
   h. Alcohol, legal and illegal drug use (including type, amount and time of last use).

**REFERENCES**

NCCHC: Standards for Health Services in Jails, 2008, J-E-02
NCCHC: Standards for Mental Health Services in Correctional Facilities 2008, MH-E-02
ACA: Standards for Adult Local Detention Facilities, 4th Edition, 4-ADLF-4C-22, -4C-29
ACA: 2012 Standards Supplement – 4-ALDF-2A-21

| Site Name: Chatham County Detention Center | Date of Issue: 10/29/2012<br>Revision Dates: 03/26/2013<br>09/2014 |
|---|---|
| Title: Receiving Screening | No: J-E-02.00 |

**PROCEDURE STATEMENTS: (continued)**

    i. Drug or alcohol withdrawal symptoms.
    j. Current or recent pregnancy.
    k. Other health problems as designated by the responsible health authority.

5. Reception personnel record, on the receiving screening form, their screening observations of the inmate's:

    a. Appearance (e.g., sweating, tremors, anxious, disheveled).
    b. Behavior (e.g., disorderly, appropriate, insensible).
    c. State of consciousness (e.g., alert, responsive, lethargic).
    d. Ease of movement (e.g., body deformities, gait).
    e. Breathing (e.g., persistent cough, shortness of breath, hyperventilation).
    f. Skin (including lesions, jaundice, rashes, infestations, bruises, scars, tattoos and needle marks or other indications of drug abuse) Receiving screening forms are signed with title, dated and timed upon completion.

7. The disposition of the inmate (e.g. prompt referral to the appropriate health care service, placed in general population) is indicated on the receiving screening form.

8. Receiving screening forms are dated and timed promptly on completion and include the signatures and title of the person completing the form.

9. Prescribed medications are reviewed and name of prescriber and pharmacy obtained if known, and acted upon by a practitioner. Verification by an outside entity should not delay notification and action by a practitioner.

10. Health Staff regularly monitors receiving screenings to determine the safety and effectiveness of the process.

**REFERENCES**
NCCHC: Standards for Health Services in Jails, 2008, J-E-02
NCCHC: Standards for Mental Health Services in Correctional Facilities 2008, MH-E-02
ACA: Standards for Adult Local Detention Facilities, 4th Edition, 4-ADLF-4C-22, -4C-29
ACA: 2012 Standards Supplement – 4-ALDF-2A-21

| Site Name: Chatham County Detention Center | Date of Issue: 10/29/2012 |
|---|---|
| | Revision Dates: 03/2013 09/2014 |
| Title: Receiving Screening | No: J-E-02.00 |

## ACA

1. The disposition of the inmate is indicated on the receiving screening form:

    a. Refusal of admission until inmate is medically cleared.
    b. Cleared for general population.
    c. Cleared for general population with a referral to appropriate health care services.
    d. Referral to appropriate health care services for emergency treatment.
    e. Written medical clearance is obtained after off-site emergency medical treatment.

**REFERENCES**

NCCHC: Standards for Health Services in Jails, 2008, J-E-02
NCCHC: Standards for Mental Health Services in Correctional Facilities 2008, MH-E-02
ACA: Standards for Adult Local Detention Facilities, 4th Edition, 4-ADLF-4C-22, -4C-29
ACA: 2012 Standards Supplement – 4-ALDF-2A-21

| Site Name: Chatham County Detention Center | Date of Issue: 10/29/2012<br>Revision Dates: 03/2013 09/2014 06/2015/ |
|---|---|
| Title: Receiving Screening | No: J-E-02.00 |

**PROCEDURE DETAILS:**

| Site Name: Chatham County Detention Center | Date of Issue: 10/29/2012<br>Revision Dates: |
|---|---|
| Title: Receiving Screening | No: J-E-02.00 |

1. Detainees with urgent/emergent health needs are directed to the intake nurse to evaluate the need for Emergency Room medical clearance. If determined that the medical and or mental health need cannot be managed at the facility the detainee is transported to the hospital for an evaluation.

2. A pre-screening form will be completed by the custody staff on all detainees at point of entry.

3. The pre-screening form will be given to the nurse to review and sign. The nurse will use the form to triage detainees with potential medical and or mental health needs. The nurse will also sign the pre-screening log book.

4. The provider is notified of all Detainees with chronic illnesses for necessary orders and instruction.

5. Potentially infectious detainee is isolated in the designated isolation cell in booking or a negative pressure room in the infirmary as appropriate.

6. The initial screening is completed by a nurse. A C.M.A. can collect data but the evaluation is completed by the nurse.

7. **The screening nurse makes recommendations for detainee placement.**

8. The screening nurse is responsible for verifying medications.
9. Health care needs, routine care, and follow-up are scheduled in the catalyst system.
10. Mental Health needs are entered under mental health in catalyst.
11. Dental needs are addressed by the nurse by completing a dental NET and submitting the NET to the Administrative Assistant to schedule an appointment with the Dentist.

**REFERENCES**

NCCHC: Standards for Health Services in Jails, 2008, J-E-02
NCCHC: Standards for Mental Health Services in Correctional Facilities 2008, MH-E-02
ACA: Standards for Adult Local Detention Facilities, 4th Edition, 4-ADLF-4C-22, -4C-29
ACA: 2012 Standards Supplement – 4-ALDF-2A-21

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails, 2008, J-E-02
**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2008, MH-E-02
**ACA:** Standards for Adult Local Detention Facilities, 4th Edition, 4-ADLF-4C-22, -4C-29
**ACA:** 2012 Standards Supplement – 4-ALDF-2A-21

Corizon CCDC 003264