# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SOLOMAN OLUDAMISI AJIBADE and   )
ADENIKE HANNAH AJIBADE, as      )
natural parents of Mathew       )
Ajibade, and                    )
                                )
THE ESTATE OF MATHEW AJIBADE    )
and CHRIS OLADAPO, its          )
Executor,                       )
                                )
            Plaintiffs,         )CIVIL ACTION NO.
                                )
        vs.                     )4:16-CV-82-WTM-GRS
                                )
JOHN WILCHER, in his official   )
capacity as Chatham County      )
Sheriff, et al.,                )
                                )
            Defendants.         )


VIDEOTAPED DEPOSITION OF

MARK CAPERS

September 13, 2016

3:49 p.m.

218 West State Street

Savannah, Georgia

Mynjuan P. Jones, RPR, CCR-B-1422

Page 2

```
 1                APPEARANCES OF COUNSEL
 2   On behalf of the Plaintiffs:
 3        TROY A. RAFFERTY, Esq.
          WILLIAM F. CASH, III, Esq.
 4        Levin, Papantonio, Thomas, Mitchell, Rafferty
          & Proctor, P.A.
 5        316 South Baylen Street
          Suite 600
 6        Pensacola, Florida  32502
          trafferty@levinlaw.com
 7        bcash@levinlaw.com

 8        CAMERON C. KUHLMAN, Esq.
          The Claiborne Firm, P.C.
 9        410 East Bay Street
          Savannah, Georgia  31401
10
11   On behalf of the Defendants Debra Johnson and Andrew
     Evans-Martinez:
12
          BENJAMIN PERKINS, Esq.
13        Oliver Maner, LLP
          218 West State Street
14        Savannah, Georgia  31401
          bperkins@olivermaner.com
15
16   On behalf of the Defendants Corizon Health, Corizon,
     and Gregory Brown:
17
          THOMAS S. CARLOCK, Esq.
18        Carlock Copeland
          191 Peachtree Street, NE
19        Suite 3600
          Atlanta, Georgia  30303-1740
20        tcarlock@carlockcopeland.com
21        THOMAS A. WITHERS, Esq.
          Gillen, Withers & Lake, LLC
22        8 East Liberty Street
          Savannah, Georgia  31401
23        twithers@gwllawfirm.com
24
25
```

```
 1   On behalf of the Defendant Sheriff John Wilcher:

 2        R. JONATHAN HART, Esq.
          JENNIFER R. BURNS, Esq.
 3        Chatham County Attorney's Office
          124 Bull Street
 4        Suite 240
          Savannah, Georgia  31401
 5        jburns@chathamcounty.org

 6
     Also Present:
 7   Debra Johnson
     Dave Liebhauser, Videographer
 8

 9
                              - - -
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   were in the back of the group, right?
 2        A.    Yes, I did.
 3        Q.    Now, you heard Lieutenant Johnson say put
 4   him in that chair, right?
 5        A.    No, I didn't.
 6        Q.    Well, you heard it on this video, right?
 7        A.    On the video, yes.
 8        Q.    But you're saying you didn't hear that at
 9   the time?
10        A.    No.
11        Q.    Do you know where the restraint chair is
12   right now at this moment on the video?
13        A.    No.
14        Q.    Let's go ahead and run it till where they
15   disappear on the screen.  And I want you to pay
16   attention to that second door of that detox cell,
17   Mr. Capers.  Okay?
18        A.    Okay.
19        Q.    Go ahead.  Let's stop it.  That's you up
20   front, isn't it, right there?
21        A.    Yes.
22        Q.    Okay.  Now, go ahead.  Stop.  What's that
23   being wheeled out of that second detox cell,
24   Mr. Capers?
25        A.    The restraint chair.
```

| | | |
|---|---|---|
| 1 | Q. | So the restraint chair is in an open detox |
| 2 | cell that you walked this man right past, correct? | |
| 3 | A. | No, I didn't walk him past. |
| 4 | Q. | That group of officers carrying |
| 5 | Mr. Ajibade walked past an open detox cell that has | |
| 6 | the restraint chair in it, correct? | |
| 7 | A. | Yes. |
| 8 | Q. | And took him back to the holding -- the |
| 9 | furthest holding cell in the female -- the furthest | |
| 10 | cell in the female booking cell area, correct? | |
| 11 | A. | Correct. |
| 12 | Q. | And do you know that there are cameras |
| 13 | that you can see inside the detox cell? | |
| 14 | A. | Yes. |
| 15 | Q. | And you know there's no cameras in the |
| 16 | female booking cell, Number 1, where he was taken, | |
| 17 | was there? | |
| 18 | A. | No. |
| 19 | Q. | Do you know when that chair was placed in |
| 20 | that detox cell? | |
| 21 | A. | No. |
| 22 | Q. | Why don't we go ahead and show the -- back |
| 23 | it up to where -- well, go ahead and let's finish it | |
| 24 | out and play where the -- okay. The restraint chair, | |
| 25 | that's the restraint chair that ultimately goes back | |

 1     A.    No, that's not me.
 2     Q.    Thank you for correcting me.  I don't mean
 3  necessarily you.  The officers have him on the
 4  ground?
 5     A.    Yes.
 6     Q.    Okay.  And you see his underwear is pulled
 7  down to his knees?  Do you see that?
 8     A.    Yes.
 9     Q.    Now, I want you to pay attention to right
10  up here in the top right corner in that area where
11  those doors are leading into the sergeant's booking
12  station.  Okay?  So right in through here
13  (indicating), up in this area (indicating).  Go
14  ahead.
15           Stop it.  Did you hear Lieutenant Johnson
16  yelling for the restraint chair?
17     A.    Yes.
18     Q.    Okay.  Go ahead.  No, no.  Back it up.
19  Back up.  There you go.  Stop it.  You see what's
20  just being wheeled in in that area?
21     A.    Yes.
22     Q.    Is that the restraint chair?
23     A.    Yes.
24     Q.    Go ahead.
25           MR. CASH:  11:38:38.

Mark Capers

Page 97

1    Q.    (By Mr. Rafferty)  Stop it.  Where was
2  that just wheeled into?
3    A.    Detox -- the first detox cell.
4    Q.    The one we just saw it being pulled out of
5  a couple minutes later, right?
6    A.    Yes.
7    Q.    So Lieutenant Johnson yells for the
8  restraint chair.  The restraint chair comes.  It goes
9  into the detox cell.  Y'all have Mr. Ajibade
10 handcuffed and leg irons.  You carry him while he's
11 facedown, correct?
12          MR. PERKINS:  Object to form.
13   Q.    (By Mr. Rafferty)  You can answer.
14   A.    Yes.
15   Q.    Okay.  You walk past, and you remember we
16 heard Lieutenant Johnson say put him in the chair?
17   A.    Yes.
18   Q.    Okay.  Yells put him in the chair and then
19 you point towards the female booking area, right?
20   A.    Yes.
21   Q.    And then that's ultimately where he's
22 taken, correct?
23   A.    Correct.
24   Q.    And you can't explain to me why he wasn't
25 put in the restraint chair in the detox cell where

Mark Capers

Page 103

1  Q. Tell me what you next remember about the
2  interaction with Mr. Ajibade in the cell, if
3  anything.
4  A. He was taken in the cell. Did I go first?
5  I don't recall. Did I go in afterwards? I don't
6  recall.
7  Q. At some point you went into the cell?
8  A. Yeah. Yes.
9  Q. And tell me what you remember about what
10  happened when you went into the cell.
11  A. They put him in a restraint chair. They
12  sat him in a restraint chair and he was kicking. At
13  one point Richardson or somebody asked for Flexi
14  Cuffs. We bring the Flexi Cuffs in.
15      I grabbed the Flexi Cuffs and I secured --
16  because I was down by his feet. I secured the Flexi
17  Cuffs, the chain on the leg irons to the designated
18  area on the restraint chair.
19  Q. So his legs would have been attached to
20  the restraint chair, correct?
21  A. Yes.
22  Q. Basically his leg irons are attached to
23  the restraint chair, right?
24  A. The chain.
25  Q. The chain in it, right?

```
 1        A.    Yes.
 2        Q.    So he's got limited mobility, correct?
 3        A.    Yes.
 4        Q.    So he can't kick, correct?
 5        A.    Yes.
 6        Q.    Okay.  And every time that he was inside
 7   that cell he had the leg irons on even before you got
 8   into the cell and the hands cuffed behind his back,
 9   correct?
10        A.    Yes.
11        Q.    Now, did you set him down in the chair?
12        A.    No.
13        Q.    Okay.  So if Corporal Kenny testified that
14   you came in the cell and aggressively pushed him down
15   into the chair, is that -- do you remember that or is
16   that accurate or inaccurate?
17        A.    Inaccurate.
18        Q.    Did you ever do anything to push him down
19   into the chair?
20        A.    No.
21        Q.    Did you ever place your hands on him
22   anywhere other than down by the ankles to tie the
23   legs together?
24        A.    No.
25        Q.    Did he ever kick you while he was in the
```