# EXHIBIT H





- 2 -





