# EXHIBIT J



Ex. P27A
GBI1-00205