# EXHIBIT L

# Corrections Bureau Restraint Chair Log

Tracking #: 20150101061

| Lieutenant Authorized | Inmate Name-DIN | Date/Time Beginning | Resp-Nurse | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| LT JOHNSON | AJIBADE, MATTHEW, P1501045 | 01/01/2014 2345 | | | | | NURSE BROWN,G | | |

| Security Staff Name | 1 Ck | 2 Ck | 3 Ck | hr. | 2 hrs | 1 Ck | 2 Ck | 3 Ck | hrs | 4 hrs | 1 Ck | 2 Ck | 3 Ck | 5 hrs | 1 Ck | 2 Ck | 3 Ck | 6 hrs | Capt Notified |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cpl Evans | 2345 016 | | | 0100 0130 MN | | | | | | | | | | | | | | | |
| Nurses Name > | | | | | | | | | | | | | | | | | | | Hrs. |
| Security Staff Name | 1 Ck | 2 Ck | 3 Ck | 7 hrs | 8 hrs | 1 Ck | 2 Ck | 3 Ck | 9 hrs | 10 hrs | 1 Ck | 2 Ck | 3 Ck | 11 hrs | 1 Ck | 2 Ck | 3 Ck | 12 hrs | Capt Notified |
| Nurses Name > | | | | | | | | | | | | | | | | | | | Hrs. |
| Security Staff Name | 1 Ck | 2 Ck | 3 Ck | 13 hrs | 14 hrs | 1 Ck | 2 Ck | 3 Ck | 15 hrs | 16 hrs | 1 Ck | 2 Ck | 3 Ck | 17 hrs | 1 Ck | 2 Ck | 3 Ck | 18 hrs | Capt Notified |
| Nurses Name > | | | | | | | | | | | | | | | | | | | Hrs. |
| Security Staff Name | 1 Ck | 2 Ck | 3 Ck | 19 hrs | 20 hrs | 1 Ck | 2 Ck | 3 Ck | 21 hrs | 22 hrs | 1 Ck | 2 Ck | 3 Ck | 23 hrs | 1 Ck | 2 Ck | 3 Ck | 24 hrs | Maj Notified |
| Nurses Name > | | | | | | | | | | | | | | | | | | | Hrs. |

| Removed by Lieutenant. | Lt. Johnson | Comments | Date-Ended 1/2/14 | Time-Ended 0143 |
| Reviewed by Manager | | Comments | | Date Reviewed |

cks must be no more than 15 minutes apart. Any Inmate placed in restraint chair for longer than six hours requires a Captain or above val. No inmate should be placed in the restraint chair for more than twenty four hours without a Major or above approval.*

STATE'S EXHIBIT 48
PLAINTIFF'S EXHIBIT P7
PA00216