# EXHIBIT M

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

Case No. 4:16-CV-82-WTM-GRS

_____

SOLOMAN OLUDAMISI AJIBADE and ADENIKE HANNAH AJIBADE,
as natural parents of Mathew Ajibade, and THE ESTATE
OF MATHEW AJIBADE and Chris Oladapo, its Executor,

    Plaintiffs,

  vs.

JOHN WILCHER, in his official capacity as Chatham
County Sheriff, et al.,

    Defendants.
_____


VIDEOTAPED DEPOSITION OF
DR. STACEY DESAMOURS

Decatur, Georgia

Friday, March 31, 2017







Court Reporter:  Michelle M. Boudreaux, RPR

Page 2

6                    March 31, 2017

7                      1:10 p.m.

10        Videotaped deposition of
11  DR. STACEY DESAMOURS, held at the Georgia
12  Bureau of Investigation, Medical Examiner's
13  Office, 3121 Panthersville Road, Decatur,
14  Georgia, pursuant to Agreement before
15  Michelle M. Boudreaux, a Registered
16  Professional Reporter in the State of
17  Georgia.

```
                                                        Page 3

 1                APPEARANCES OF COUNSEL

 2

 3   On behalf of the Plaintiffs:

 4        TROY A. RAFFERTY, Esq.
          WILLIAM F. CASH III, Esq.
 5        Levin Papantonio Thomas Mitchell
          Rafferty & Proctor, P.A.
 6        316 South Baylen Street
          Suite 600
 7        Pensacola, Florida 32502
          850.435.7043
 8        trafferty@levinlaw.com
          bcash@levinlaw.com
 9

10   On behalf of Defendants Corizon Health and Gregory
     Brown:
11
          EMILY C. WARD, Esq.
12        Carlock, Copeland & Stair, LLP
          191 Peachtree Street, NE
13        Suite 3600
          Atlanta, Georgia 30303-1740
14        404.522.8220
          eward@carlockcopeland.com
15

16   On behalf of Defendants Sheriff John Wilcher and the
     Chatham County Detention Center:
17
          R. JONATHAN HART, Esq.
18        Chatham County Attorneys Office
          124 Bull Street
19        Suite 240
          Savannah, Georgia 31401
20        912.652.7881

21

22

23

24
```

Page 4

1        APPEARANCES OF COUNSEL (Cont'd)

2

3   On behalf of Defendants Andreux Evans-Martinez and
    Debra Johnson:
4
         LAUREN E. H. MEADOWS, Esq.
5        Oliver Maner LLP
         218 West State Street
6        Savannah, Georgia 31412
         912.236.3311
7        lmeadows@olivermaner.com

8
    Also Present:  Thomas Withers, Esq. (via telephone)
9
    Videographer:  Bill Roach
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Dr. Stacey Desamours

Page 34

1  flow to the heart, and that can predispose the heart to
2  ischemia, or lack of blood flow.  And that, too, can
3  produce a cardiac arrhythmia.
4          So it's kind of a yin-yang response with
5  epinephrine with our -- with our adrenaline.  And for
6  some people, with an exaggerated stress response, they
7  can die from that.
8      Q   And are these the type of things that we
9  just -- that I just described in terms of being
10 restrained, having a spit mask over your head, being
11 unattended for an hour and a half, being -- suffering
12 those physical injuries, and being tased, all of those
13 things, are those the things that can cause that
14 particular release of catecholamines?
15     A   Yes.
16     Q   Okay.  And that's what your opinion is is
17 what happened in this particular case, correct?
18     A   Yes.
19     Q   And those particular things that I just
20 mentioned combined to ultimately cause a sudden cardiac
21 death of Mr. Ajibade, correct?
22     A   Yes.
23     Q   Okay.  And do you hold the opinions that I'm
24 asking you -- I should have phrased it to make sure,

 1   but all of the opinions that you've been giving here

 2   today, have those been held by you to a reasonable

 3   degree of medical probability?

 4       A   Yes.

 5       Q   Is this -- if someone is having what you just

 6   described, the difficulty with the heart -- the heart

 7   rate and heart -- the beating of the heart, could that

 8   also give them the feeling of not being able to

 9   breathe?

10       A   Yes.

11       Q   Okay.  Can you describe that, how that is?

12       A   So the feeling of, quote, not being able to

13   breathe can come from different things, usually from

14   the lungs itself, if something is obstructing your

15   ability to breathe or your exchange of oxygen somehow

16   in your body, but it can also come from the heart.

17   And, again, if your heart isn't pumping effectively,

18   you're having a cardiac arrhythmia, you're going to

19   decrease blood flow to your lungs, and that's going to

20   translate into a feeling of shortness of breath, you

21   can't catch your breath, you're not getting enough

22   oxygen into your body.

23       Q   Okay.  So in your report, when you talk about

24   the fact that he had the spit mask on and an asphyxial