# EXHIBIT O

## IN THE SUPERIOR COURT OF CHATHAM COUNTY, STATE OF GEORGIA

FILED IN OFFICE                    RECEIVED FOR FILING
                                   DISTRICT ATTORNEY'S OFFICE

| STATE OF GEORGIA versus<br><br>JASON PAUL KENNY<br>CRIMINAL ACTION #<br><br>CR15-2006-J5<br><br>June Term of 2015 | Clerk to complete if incomplete:<br>OTN(s):<br>DOB:<br>Ga. ID # |
|---|---|
| | **Final Disposition**<br>**FELONY with PROBATION / SUSPENDED SENTENCE** |
| **First Offender/Conditional Discharge entered under:**<br>☑ OCGA § 42-8-60 ___  ☐ OCGA § 16-13-2 ___<br>☐ Repeat Offender as imposed below ___<br>☐ Repeat Offender waived ___ | **PLEA / VERDICT:**<br><br>Jury |

| Concurrent Cases | |

The Court enters the following judgment

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl., Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Felony Murder | No Bill | | | |
| 2 | Involuntary Manslaughter | Not Guilty | | | |
| 3 | Aggravated Assault | Not Guilty | | | |
| 4 | Cruelty to Inmate | Guilty | 3 years, 1 month to serve | $1000 | |

The Defendant is adjudged guilty or sentenced under the First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced to a total of 3 YEARS, 1 MONTH TO SERVE ON THE WEEKEND, with the first 1 MONTH to be served in confinement, and the remaining 2 YEARS, 11 MONTHS on probation.

| | | |
|---|---|---|
| ☐ | from __. | |
| ☐ | As determined by the custodian. | |
| ☑ | 1. The above sentence may be served on probation provided the Defendant shall comply with the Inventory of Conditions of Probation / Suspended Sentence imposed by the Court as part of this sentence. | |
| ☑ | 2. Upon service of 1 MONTH in confinement, the remaining 2 YEARS, 11 MONTHS will be served on probation; PROVIDED that the Defendant shall comply with the Conditions of Probation / Suspended Sentence as part of this sentence. | |
| ☐ | 3. The Court sentences the Defendant as a recidivist under O.C.G.A.: | |
| | ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); ☐ § | |

The Defendant is to receive credit for time served in custody:

State of Georgia v. JASON PAUL KENNY
Criminal Action # CR15-2006-J5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page **2 of 4**

GBI1-00312

## GENERAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation / Suspended Sentence: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☐ the Defendant shall pay the probation supervision fee as required by law, or ☐ the probation supervision fee is waived.
2) If Counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $___ to County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab fee as required by law – (None).

## SPECIAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is advised that violation of any Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☑ as designated on the attached Inventory of Conditions of Probation; or ☐ as follows:
*(import conditions to be imposed from Inventory of Conditions of Probation)*

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(if designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction of another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

State of Georgia v. JASON  PAUL  KENNY
Criminal Action # CR15-2006-J5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 3 of 4

Upon fulfillment of the terms of this sentence, or upon the release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

| For Court's Use |
|---|
|  |

The Hon. <u>WILLIE YANCEY</u>, Attorney at Law, represented the Defendant, by ☒ employment; or ☐ appointment.

SO ORDERED this ___12___ day of ___November___, 20_05_

_____
James F. Bass, Jr.
Judge of Superior Court
Eastern Judicial Circuit

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have been provided with a copy of the sentence. I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated or suspended I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation or suspended sentence could result in revocation of all time remaining on the period of probation or suspended sentence.

| ☐ | Defendant Entered Plea with assistance of an interpreter |
|---|---|

<u>_Not Available to Sign_</u>
Defendant

State of Georgia v. <u>JASON PAUL KENNY</u>
Criminal Action # <u>CR15-2006-J5</u>
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 4 of 4

# IN THE SUPERIOR COURT OF CHATHAM COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**MAXINE EVANS**
**CRIMINAL ACTION #**

**CR15-2004-J5**

June Term of 2015

FILED IN OFFICE
2015 NOV 17 P 4:06
[signature] 86966
DEP. CLK. SUPER. CT.
CHATHAM COUNTY GA

*Clerk to complete if incomplete:*

OTN(s): 86966
Ga. ID #: [redacted]

**Final Disposition**
**FELONY with PROBATION / SUSPENDED SENTENCE**

| First Offender/Conditional Discharge entered under: | PLEA / VERDICT: |
|---|---|
| ☑ OCGA § 42-8-60 ___   ☐ OCGA § 16-13-2 ___<br>☐ Repeat Offender as imposed below ___<br>☐ Repeat Offender waived ___ | Jury |

| Concurrent Cases | CR15-1396-J5 |
|---|---|

The Court enters the following judgment

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl., Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive Merged, Suspended |
|---|---|---|---|---|---|
| 1 | PERJURY | Guilty | 6 YEARS PROBATION | $1000 | |
| 2 | PERJURY | Guilty | 6 YEARS PROBATION | | Concurrent to Ct. 1 and CR15-1396-J5 |
| 3 | PERJURY | Guilty | 6 YEARS PROBATION | | Concurrent to Ct. 1 and CR15-1396-J5 |

The Defendant is adjudged guilty or sentenced under the First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced to a total of 6 YEARS PROBATION all to be served on probation.

The Defendant is to receive credit for time served in custody:

| | |
|---|---|
| ☐ | from ___. |
| ☐ | As determined by the custodian. |
| ☑ | 1. The above sentence may be served on probation provided the Defendant shall comply with the Inventory of Conditions of Probation / Suspended Sentence imposed by the Court as part of this sentence. |
| ☑ | 2. The entire sentence may be served on probation; PROVIDED that the Defendant shall comply with the Conditions of Probation / Suspended Sentence as part of this sentence. |
| ☐ | 3. The Court sentences the Defendant as a recidivist under O.C.G.A.: |
| | ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); ☐ § |

State of Georgia v. MAXINE EVANS
Criminal Action # CR15-2004-j5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 2 of 4

## GENERAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation / Suspended Sentence: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☐ the Defendant shall pay the probation supervision fee as required by law, or ☐ the probation supervision fee is waived.
2) If Counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $___ to County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab fee as required by law – (None).

## SPECIAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is advised that violation of any Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☒ as designated on the attached Inventory of Conditions of Probation; or ☐ as follows:
*(import conditions to be imposed from Inventory of Conditions of Probation)*

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(if designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction of another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

State of Georgia v. <u>MAXINE EVANS</u>
Criminal Action # <u>CR15-2004-j5</u>
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 3 of 4

, Upon fulfillment of the terms of this sentence, or upon the release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

| For Court's Use |
|---|
|  |

The Hon. <u>BOBBY PHILLIPS</u>, Attorney at Law, represented the Defendant, by ☒ employment; or ☐ appointment.

SO ORDERED this __12__ day of __November__, __2015__

_____
James F. Bass, Jr.
Judge of Superior Court
Eastern Judicial Circuit

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have been provided with a copy of the sentence. I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated or suspended I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation or suspended sentence could result in revocation of all time remaining on the period of probation or suspended sentence.

| ☐ | Defendant Entered Plea with assistance of an interpreter |
|---|---|

<u>Not Available to Sign</u>
Defendant

State of Georgia v. MAXINE EVANS
Criminal Action # CR15-2004-j5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 4 of 4

# IN THE SUPERIOR COURT OF CHATHAM COUNTY, STATE OF GEORGIA

**STATE OF GEORGIA versus**

**MAXINE EVANS**
**CRIMINAL ACTION #**

**CR15-1396-J5**

June Term of 2015

FILED IN OFFICE

*Clerk to complete if incomplete:*

Name:
DOB:
Ga. ID #

**Final Disposition**
**FELONY with PROBATION / SUSPENDED SENTENCE**

**First Offender/Conditional Discharge entered under:**
- ☒ OCGA § 42-8-60
- ☐ OCGA § 16-13-2
- ☐ Repeat Offender as imposed below
- ☐ Repeat Offender waived

**PLEA / VERDICT:**

Jury

| Concurrent Cases | CR15-2004-J5 |
|---|---|

The Court enters the following judgment

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl., Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Felony Murder | Not Applicable | | | |
| 2 | Involuntary Manslaughter | Not Applicable | | | |
| 3 | Aggravated Assault | Not Applicable | | | |
| 4 | Cruelty to Inmate | Not Applicable | | | |
| 5 | Involuntary Manslaughter | Not Guilty | | | |
| 6 | Public Record Fraud | Guilty | 6 years probated | | Concurrent CR15-2004-J5 |
| 7 | Involuntary Manslaughter | Not Applicable | | | |
| 8 | Public Record Fraud | Not Applicable | | | |
| 9 | Making A False Statement | Not Applicable | | | |

The Defendant is adjudged guilty or sentenced under the First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

**Sentence Summary:** The Defendant is sentenced to a total of 6 years probation.

The Defendant is to receive credit for time served in custody:

| | | |
|---|---|---|
| ☐ | from ___. | |
| ☐ | As determined by the custodian. | |
| | | |
| ☑ | 1. The above sentence may be served on probation provided the Defendant shall comply with the Inventory of Conditions of Probation / Suspended Sentence imposed by the Court as part of this sentence. | |
| ☑ | 2. | |
| ☐ | 3. The Court sentences the Defendant as a recidivist under O.C.G.A.: | |
| | ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); ☐ § | | |

State of Georgia v. MAXINE EVANS
Criminal Action # CR15-1396-J5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page **2 of 4**

## GENERAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation / Suspended Sentence: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☐ the Defendant shall pay the probation supervision fee as required by law, or ☐ the probation supervision fee is waived.
2) If Counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $___ to County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab fee as required by law – (None).

## SPECIAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is advised that violation of any Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☑ as designated on the attached Inventory of Conditions of Probation; or ☐ as follows:
*(import conditions to be imposed from Inventory of Conditions of Probation)*

### FIRST OFFENDER OR CONDITIONAL DISCHARGE
(if designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction of another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

State of Georgia v. <u>MAXINE EVANS</u>
Criminal Action # <u>CR15-1396-J5</u>
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page **3** of **4**

Upon fulfillment of the terms of this sentence, or upon the release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

| For Court's Use |
|---|
|  |

The Hon. <u>BOBBY PHILLIPS</u>, Attorney at Law, represented the Defendant, by ☑ employment; or ☐ appointment.

SO ORDERED this _12_ day of _November_, 2015

_____
James F. Bass, Jr.
Judge of Superior Court
Eastern Judicial Circuit

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have been provided with a copy of the sentence. I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated or suspended I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation or suspended sentence could result in revocation of all time remaining on the period of probation or suspended sentence.

| ☐ | Defendant Entered Plea with assistance of an interpreter |
|---|---|

<u>Not Available to Sign</u>
Defendant

State of Georgia v. <u>MAXINE EVANS</u>
Criminal Action # <u>CR15-1396-J5</u>
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 4 of 4

GBI1-00306

# IN THE SUPERIOR COURT OF CHATHAM COUNTY, STATE OF GEORGIA

| STATE OF GEORGIA versus | Clerk to complete if incomplete: |
|---|---|
| **GREGORY BROWN** <br> **CRIMINAL ACTION #** <br><br> CR15-1397-J5 <br><br> June Term of 2015 | OTN(s): <br> Ga. ID # <br><br> **Final Disposition** <br> **FELONY with PROBATION / SUSPENDED SENTENCE** |
| **First Offender/Conditional Discharge entered under:** <br> ☑ OCGA § 42-8-60 ___ ☐ OCGA § 16-13-2 ___ <br> ☐ Repeat Offender as imposed below ___ <br> ☐ Repeat Offender waived ___ | **PLEA / VERDICT:** <br><br> Jury |

| Concurrent Cases | |

The Court enters the following judgment

| Count | Charge (as indicted or accused) | Disposition (Guilty, Not Guilty, Guilty-Alford, Guilty-Lesser Incl., Nolo, Nol Pros, Dead Docket) | Sentence | Fine | Concurrent/ Consecutive Merged, Suspended |
|---|---|---|---|---|---|
| 1 | Felony Murder | Not Applicable | | | |
| 2 | Involuntary Manslaughter | Not Applicable | | | |
| 3 | Aggravated Assault | Not Applicable | | | |
| 4 | Cruelty to Inmate | Not Applicable | | | |
| 5 | Involuntary Manslaughter | Not Applicable | | | |
| 6 | Possession of Controlled Substances | Not Applicable | | | |
| 7 | Involuntary Manslaughter | Not Guilty | | | |
| 8 | Public Records Fraud | Not Guilty | | | |
| 9 | Making a False Statement | Guilty | 3 Years Suspended | $1000 | Suspended |

The Defendant is adjudged guilty or sentenced under the First Offender/Conditional Discharge for the above-stated offense(s); the Court sentences the Defendant to confinement in such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Sentence Summary: The Defendant is sentenced to a total of 3 Years Suspended and $1000 fine all to be suspended.

SC-6.2 Final Disposition Felony Sentence with Probation / Suspended Sentence
Page 1 of 4

The Defendant is to receive credit for time served in custody:

| | |
|---|---|
| ☐ | from ___. |
| ☐ | As determined by the custodian. |
| | |
| ☑ | 1. The above sentence may be served on probation provided the Defendant shall comply with the Inventory of Conditions of Probation / Suspended Sentence imposed by the Court as part of this sentence. |
| ☑ | 2. The entire sentence may be suspended; PROVIDED that the Defendant shall comply with the Conditions of Probation / Suspended Sentence as part of this sentence. |
| ☐ | 3. The Court sentences the Defendant as a recidivist under O.C.G.A.: |
| | ☐ § 17-10-7(a); ☐ § 17-10-7(c); ☐ § 16-7-1(b); ☐ § 16-8-14(b); ☐ § |

State of Georgia v. GREGORY BROWN
Criminal Action # CR15-1397-J5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page **2** of 4

## GENERAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is subject to arrest for any violation of probation. If probation is revoked, the Court may order incarceration. The Defendant shall comply with the following General Conditions of Probation / Suspended Sentence: 1) Do not violate the criminal laws of any governmental unit and be of general good behavior. 2) Avoid injurious and vicious habits. 3) Avoid persons or places of disreputable or harmful character. 4) Report to the Probation Officer as directed and permit the Probation Officer to visit you at home or elsewhere. 5) Work faithfully at suitable employment insofar as may be possible. 6) Do not change your place of abode, move outside the jurisdiction of the Court, or leave Georgia without permission of the Probation Officer. If permitted to move or travel to another state, you agree to waive extradition from any jurisdiction where you may be found and not contest any effort by any jurisdiction to return you to this State. 7) Support your legal dependents to the best of your ability. 8) When directed, in the discretion of the Probation Officer: (a) submit to evaluations and testing relating to rehabilitation and participate in and successfully complete rehabilitative programming; (b) wear a device capable of tracking location by means including electronic surveillance or global positioning satellite systems; (c) complete a residential or nonresidential program for substance abuse or mental health treatment; and/or (d) agree to the imposition of graduated sanctions as defined by law. 9) Make restitution as ordered by the Court.

**FINE SURCHARGES or ADD-ONs:** The Court assesses all fine surcharges or add-ons as required by the laws of the State of Georgia and as are applicable to offense(s) for which the Defendant has been convicted.

1) The Court orders that: ☐ the Defendant shall pay the probation supervision fee as required by law, or ☐ the probation supervision fee is waived.
2) If Counsel was provided under the Georgia Indigent Defense Act: ☐ the Defendant shall pay the $50 Public Defender Application Fee; or ☐ the Public Defender Application Fee is waived.
3) If counsel was provided at public expense: ☐ the Defendant shall pay attorney's fees of $___ to County; or ☐ attorney's fees are waived.
4) The Defendant shall pay the Crime Lab fee as required by law – (None).

## SPECIAL CONDITIONS OF PROBATION / SUSPENDED SENTENCE

The Defendant is advised that violation of any Condition of Probation may subject the Defendant to a revocation of probation and the Court may require the Defendant to serve up to the balance of the sentence in confinement. The Defendant shall comply with all Special Conditions of Probation: ☒ as designated on the attached Inventory of Conditions of Probation; or ☐ as follows:
*(import conditions to be imposed from Inventory of Conditions of Probation)*

## FIRST OFFENDER OR CONDITIONAL DISCHARGE
(if designated by the Court)

The Defendant consenting hereto, it is the judgment of the Court that no judgment of guilt be imposed at this time but that further proceedings are deferred and the Defendant is hereby sentenced to confinement at such institution as the Commissioner of the State Department of Corrections or the Court may direct, with the period of confinement to be computed as provided by law.

Upon violation of the terms of probation, upon conviction of another crime during the period of probation, or upon the Court's determination that the Defendant is or was not eligible for sentencing under the First Offender Act or for Conditional Discharge, the Court may enter an adjudication of guilt and proceed to sentence the Defendant to the maximum sentence as provided by law.

State of Georgia v. GREGORY BROWN
Criminal Action # CR15-1397-J5
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 3 of 4

Upon fulfillment of the terms of this sentence, or upon the release of the Defendant by the Court prior to the termination of this sentence, the Defendant shall stand discharged of said offense without court adjudication of guilt and shall be completely exonerated of guilt of said offense charged.

| For Court's Use |
|---|
|  |

The Hon. <u>TOM WITHERS</u>, Attorney at Law, represented the Defendant, by ☑ employment; or ☐ appointment.

SO ORDERED this __13__ day of __November__, 2013

_____
James F. Bass, Jr.
Judge of Superior Court
Eastern Judicial Circuit

**FIREARMS** – If you are convicted of a crime punishable by imprisonment for a term exceeding one year, or of a misdemeanor crime of domestic violence where you are or were a spouse, intimate partner, parent, or guardian of the victim, or are or were involved in another similar relationship with the victim, it is unlawful for you to possess or purchase a firearm including a rifle, pistol, or revolver, or ammunition, pursuant to federal law under 18 U.S.C. § 922(g)(9) and/or applicable state law.

**Acknowledgment:** I have been provided with a copy of the sentence. I have read the terms of this sentence or had them read and explained to me. If all or any part of this sentence is probated or suspended I certify that I understand the meaning of the order of probation and the conditions of probation. I understand that violation of a special condition of probation or suspended sentence could result in revocation of all time remaining on the period of probation or suspended sentence.

| ☐ | Defendant Entered Plea with assistance of an interpreter |
|---|---|

<u>Not Available to Sign</u>
Defendant

State of Georgia v. GREGORY BROWN
Criminal Action # <u>CR15-1397-J5</u>
SC-6.2 Final Disposition Felony Sentence With Probation / Suspended Sentence
Page 4 of 4

GBI1-00292