# EXHIBIT Q

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
SOLOMAN OLUDAMISI AJIBADE and    )
ADENIKE HANNAH AJIBADE, as       )
natural parents of Mathew        )
Ajibade, and THE ESTATE OF       )
MATHEW AJIBADE and CHRIS         )
OLADAPO, its Executor,           )
                                 )
            Plaintiffs,          )
                                 )
       vs.                       )CIVIL ACTION NO.
                                 )
JOHN WILCHER, in his official    )4:16-CV-82-WTM-GRS
capacity as Chatham County       )
Sheriff, et al.,                 )
                                 )
            Defendants.          )
                                 )
                                 )
```

VIDEOTAPED DEPOSITION OF

THOMAS M. GILBERG

January 24, 2017

9:43 a.m.

Oliver Maner

218 West State Street

Savannah, Georgia

Annette Pacheco, RPR, RMR, CCR-B-2153

```
                                                              Page 2

 1                    APPEARANCES OF COUNSEL

 2   On behalf of the Plaintiffs:

 3        WILLIAM F. CASH III, Esq.
          LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 4             RAFFERTY & PROCTOR, P.A.
          316 South Baylen Street
 5        Suite 600
          Pensacola, Florida  32502
 6        850-435-7163
          bcash@levinlaw.com
 7
          WILLIAM R. CLAIBORNE, Esq.
 8        THE CLAIBORNE FIRM, P.C.
          410 East Bay Street
 9        Savannah, Georgia  31401
          912-236-9559
10        will@claibornefirm.com

11
     On behalf of the Defendants Debra Johnson and Andreux
12   Evans-Martinez:

13        BENJAMIN M. PERKINS, Esq.
          OLIVER MANER, LLP
14        218 West State Street
          Savannah, Georgia  31401
15        912-236-3311
          bperkins@olivermaner.com
16
17   On behalf of the Defendants Corizon Health, Corizon,
     and Gregory Brown:
18
          EMILY C. WARD, Esq.
19        CARLOCK COPELAND & STAIR, LLP
          191 Peachtree Street, NE
20        Suite 3600
          Atlanta, Georgia  30303-1740
21        404-522-8220
          eward@carlockcopeland.com
22

23

24

25
```

Page 3

1 APPEARANCES OF COUNSEL (Cont'd)

2 On behalf of the Defendants Sheriff John Wilcher and
the Chatham County Detention Center:

3
   JENNIFER R. BURNS, Esq.
4  CHATHAM COUNTY ATTORNEY'S OFFICE
   124 Bull Street
5  Suite 240
   Savannah, Georgia  31401
6  912-652-7884
   jburns@chathamcounty.org
7

8

9 Also Present:  David Liebhauser, Videographer

10

11
                          - - -
12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 284

1  have to recertify, I think, every three, two or three
2  years as an instructor.
3      Q.    When do you think that you read the Taser
4  manual?
5      A.    I read the manual when I was an instructor
6  and any updates.  After that, I'm no longer
7  instructor.  It's the -- and -- nor am I involved in
8  the instruction of it.  And the people that train the
9  Taser, which would be our training section, would
10 read that manual.
11     Q.    Are you familiar with when the Tasers were
12 removed from the facility, from the jail?
13     A.    With the --
14     Q.    In May of 2015?
15     A.    Yes.  Yes, sir.
16     Q.    Okay.  And were you aware that internal
17 affairs began watching every Taser video that was
18 available at that time?
19     A.    No.  I -- I knew they were looking at
20 Taser videos, but I don't know if they were looking
21 at every -- I -- you know, I was not made aware of
22 what internal affairs was doing.
23     Q.    All right.  But you're aware that internal
24 affairs was reviewing the Taser usage that had
25 occurred at the jail?