# EXHIBIT W

**FRIDAY**           **AUGUST 26**           **2005**

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, AUGUST 26, 2005, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:37 a.m., Friday, August 26, 2005.

============

## II. INVOCATION

Commissioner David M. Gellatly gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

Commissioner Shay led everyone in the pledge of allegiance to the flag of the United States of America.

============

## IV.  ROLL CALL

The Acting Clerk called the roll.

Present:              Pete Liakakis, Chairman
                      Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                      B. Dean Kicklighter, Chairman Pro Tem, District Seven
                      Helen L. Stone, District One
                      James J. Holmes, District Two
                      Patrick Shay, District Three
                      Patrick K. Farrell, District Four
                      Harris Odell, Jr., District Five
                      David M. Gellatly, District Six

Also present::        Russell Abolt, County Manager
                      Jonathan Hart, County Attorney
                      Barbara B. Wright, Acting County Clerk

=========

M1

**FRIDAY**            **AUGUST 26**            **2005**

Under Georgia Laws 1986 (5315–5318), Section 2 (b) provides a procedure for the Board to include a municipality or any portion of a municipality into the special district for transit services. The proposed inclusion of the City of Port Wentworth meets this procedure. To effect this addition, Chapter 13 of the Chatham County Code would need amending to update the boundary description for the Transit Service District.

**RECOMMENDATION:**
That the Board adopt Alternative 1.

==========

## XIII.  **INFORMATION ITEMS**

**1.  PROGRESS  REPORT ON GENERAL FUND CONTINGENCY ACCOUNT - M & O AND THE SPECIAL SERVICE DISTRICT (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached for review.

==========

**2.  LIST OF PURCHASING ITEMS BETWEEN $2,500 AND $9,999 (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached for review.

**AGENDA ITEM:**  XIII-2
**DATE: August 26, 2005**

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|------|-------|--------|--------|---------|
| Ten (10) advance Taser M-26 with cartridges, 21-foot (air) | Detention Center | DDG Taser, Inc. | $6,052 | General Fund/M&O - Detention Center |
| One (1) Digital video recorder for camera system | Detention Center | Audio Visual Resources, Inc. | $6,999 | General Fund/M&O - Detention Center |

M2



FRIDAY                                    MAY 11                                    2007

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, MAY 11, 2007, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:30 a.m., Friday, May 11, 2007.

============

## II.  INVOCATION

Chairman Liakakis gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

All pledged allegiance to the flag of the United States of America.

============

## IV.  ROLL CALL

The Clerk called the roll.

Present:          Pete Liakakis, Chairman
                  Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                  B. Dean Kicklighter, Chairman Pro Tem, District Seven
                  James J. Holmes, District Two
                  Patrick Shay, District Three
                  Patrick K. Farrell, District Four
                  Harris Odell, Jr., District Five
                  David M. Gellatly, District Six

Absent:           Helen L. Stone, District One

Also present:     Russell Abolt, County Manager
                  Jonathan Hart, County Attorney
                  Sybil E. Tillman, County Clerk

==========

## YOUTH COMMISSIONERS

Chairman Liakakis welcomed the following Youth Commissioners who were in attendance: Kirsten Smith, a Senior at Johnson High School, and Desirae Suggs, representing Savannah Arts Academy.

==========

1

M3

**FRIDAY**                              **MAY 11**                              **2007**

AGENDA ITEM:  *X-9*
AGENDA DATE:  May 11, 2007

**DATE:**     May 1st, 2007

**TO:**       Pete Liakakis, Chairman
              Chatham County Commissioners

**FROM:**     Beth R. Lewis, Assistant Delinquent Administrator
              Tax Commissioner's Office

**SUBJECT:**  Request for the approval by the Commissioners that the attached
              Corrected Quitclaim Deeds be put on the agenda for the next meeting of
              Commissioners scheduled for May 11th, 2007.

I would like to submit these for the agenda of the County Commissioners meeting set for
May 11th, 2007.  The attached Quitclaim Deeds are being issued to correct a clerical error
in the spelling of the owner's name on both of the original Quitclaim Deeds.

| **NAME** | **PIN** | **AMOUNT** |
|---|---|---|
| Emma Lonon | 20050-06016 | 0.00 |
| Beverly Williams | 20593-14012 | 0.00 |

========

10.  **REQUEST BOARD APPROVAL TO AWARD BIDS AS FOLLOWS: (Please note that new
     purchase thresholds of $10,000 or more have been enacted; however, contracts and
     change orders of a lesser amount still will appear.).**

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|---|---|---|---|---|
| A. Declare items as unserviceable surplus and approve to sell at public auction or to dispose as scrap material | Fleet Operations | N/A | N/A | Revenue Producing |
| B. Annual contract with automatic renewal options for four (4) additional one year terms to provide various paper/ chemical supplies | Various | •Coastal Paper/ Sail Company •Paper Chemical Supply (WBE) •Georgia Correctional Industries | Varies by item | •General Fund/M&O - Various •SSD - Various |
| C. Repairs to excavator | Public Works | ASC Construction Equipment USA, Inc. (Sole Source) | $13,200 | General Fund/M&O - Fleet Operations |
| D. 2,500 tons of stone | Solid Waste | Martin Marietta Aggregate | $43,750 | Solid Waste |
| E. Ten (10) tasers | Sheriff | DGG Taser, Inc. (Sole Source) | $12,149 | General Fund/M&O - Sheriff |
| F.  Change Order No. 1 to the contract for Quacco Canal Drainage Improvements for additional work | SPLOST | E & D Contracting Services, Inc. (WBE) | N/A | No additional funds required |
| G. Change Order No. 1 to the contract for Gateway/ Henderson Drainage Improvements for additional design, survey and acquisition plat preparation costs | SPLOST | B.P. Barber and Associates, Inc. | $30,000 | SPLOST (1998-2003) - Gateway/ Henderson Drainage Improvements |
| H. Change Order No. 2 to the contract to construct the Skidaway Narrows Boat Ramp parking lot and access road for additional work | SPLOST | E & D Contracting Services, Inc. (WBE) | $54,981 | SPLOST (2003-2008) - Unincorporated County Roads |

FRIDAY                                    MAY 11                                    2007

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|------|-------|--------|--------|---------|
| I. Term contract to provide construction equipment and services for County projects | SPLOST | Blankenship Landscape Company | Not to Exceed $150,000 | •SPLOST (1985-1993) •SPLOST (1998-2003) •SPLOST (2003-2008) •Land Bank Authority |
| J.  Change Order No. 2 to the contract to construct a sidewalk along Johnny Mercer Boulevard at Whitemarsh Island Road | SPLOST | Pioneer Construction, Inc. | $106,791 | •SPLOST (2003-2008) - Whitemarsh sidewalks |
| K. Contract for the purchasing and installation of fencing for the Wilmington Island Drop Off Center | Solid Waste | Savannah Fence and Entry Systems, Inc. | $27,852 | Solid Waste |
| L. Change Order No. 1 to the construction contract for the SR21/ Northport Parkway Intersection construction for additional work | Engineering | Malphrus Construction Company, Inc. | $44,613 | No County funding required - Totally funded by GDOT and SEDA |
| M. Contract for the paving of Palm Drive | SPLOST | Bryco, Inc. | $135,172 | SPLOST (2003-2008) - Palm Drive |

**ACTION OF THE BOARD:**

Commissioner Kicklighter moved to approve Items 10-A through 10-M, both inclusive.  Commissioner Thomas seconded the motion and it carried unanimously.  [NOTE:  Commissioners Stone and Holmes were not present.]

==========

# XI.   FIRST READINGS

> Proposed changes to ordinances must be read or presented in written form at two meetings held not less than one week apart.  A vote on the following listed matters will occur at the next regularly scheduled meeting.
> On first reading, presentation by MPC staff and discussion only by Commissioners will be heard.
> Comments, discussion and debate from members of the public will be received only at the meeting at which a vote is to be taken on one of the following listed items.

1.    **THE PETITIONER PHILLIP MCCORKLE, AGENT (FOR JOE C. SIKES, OWNER) IS REQUESTING THE REZONING FROM AN I-H (HEAVY INDUSTRIAL) ZONING CLASSIFICATION TO A P-B (PLANNED BUSINESS) CLASSIFICATION.  THE MPC RECOMMENDS <u>APPROVAL</u>.**
      **MPC FILE NO. Z-070329-41568-1**
      **[DISTRICT 7.]**

**ACTION OF THE BOARD:**

Chairman Liakakis read this item into the record as the first reading.

> **Petition of Phillip McCorkle**
> **MPC File No. Z-070329-41568-1**
>
> MPC recommends that the following described property be rezoned from its present I-H (Heavy Industrial) to a P-B (Planned Business) zoning classification.
>
> <u>LEGAL DESCRIPTION</u>
>
> Beginning on a point located at the intersection of the centerline of Bourne Avenue and the easternmost right of way of Highway 21, thence proceeding northerly along the eastern-most right of way of Highway 21 a distance of approximately 1984 feet to a point, thence easterly along a line North 57 degrees 09 minutes 21 seconds East a distance of approximately 158 feet to a point, thence continuing easterly along a line North 71 degrees 32 minutes 56 seconds East a distance of approximately 302 feet to a point, thence southerly along a line South 18 degrees 27 minutes 04 seconds East a distance of approximately 579 feet to a point, thence northeasterly along a line North 71 degrees 50 minutes 38 seconds East for a distance of approximately 388 feet to a point, thence southerly along



**FRIDAY**            **SEPTEMBER 7**            **2007**

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, SEPTEMBER 7, 2007, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:30 a.m., Friday, September 7, 2007.

============

## II.  INVOCATION

Commissioner Patrick Farrell gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

All gave the Pledge of Allegiance to the Flag of the United States of America.

============

## IV.  ROLL CALL

The Clerk called the roll.

Present:        Pete Liakakis, Chairman
                Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                James J. Holmes, District Two
                Patrick Shay, District Three
                Patrick K. Farrell, District Four
                Harris Odell, Jr., District Five
                David M. Gellatly, District Six

Absent:        Dean Kicklighter, Chairman Pro Tem, District Seven
                Helen L. Stone, District One

Also present:    Patrick Monahan, Assistant County Manager
                Jonathan Hart, County Attorney
                Sybil E. Tillman, County Clerk

=========

## V.  PROCLAMATIONS AND SPECIAL PRESENTATIONS

**1.  RECOGNITION OF LYNDA MCLARTY ON HER RETIREMENT FROM ANIMAL CONTROL AFTER 29 YEARS OF SERVICE.**

Commissioner Patrick Shay presented the following proclamation:

1

**FRIDAY**              **SEPTEMBER 7**              **2007**

**AGENDA ITEM:** *XIII-2*
**AGENDA DATE: September 7, 2007**

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|---|---|---|---|---|
| Fill dirt for the Wilmington Island Drop Transfer Station | Solid Waste | B & N Trucking | $9,600 | Solid Waste |
| Hardware and software for time updates | ICS | Savannah Communications | $8,338 | General Fund/M&O - Communications |
| Repairs to security cameras | Detention Center | Wholesale Industrial Electronics | $8,742 | General Fund/M&O - Detention Center |
| One (1) used 2005 Ford Focus vehicle for Assessor's office | Assessor | Fairway Lincoln Mercury | $9,965 | SPLOST (2003-2008) - Vehicle Replacement |
| Landscape maintenance labor for Gen. George C Lynch Drive | Manager | Blankenship Landscape | $2,520 | SPLOST (2003-2008) - Seawright Drive Connector Road |
| 22,000 dog and cat tags | Building Safety and Regulatory Services | Ketchum Manufacturing Co., Inc. (Sole Source) | $2,278 | SSD - Building Safety and Regulatory Services |
| 100 tons asphalt hot mix | Public Works and Park Services | Carroll & Carroll | $5,200 | SSD - Public Works and Park Services |
| Surveying Services for Wilmington Island Transfer station | Solid Waste | Tucker's Construction Surveying | $7,310 | Solid Waste |
| Two (2) advanced tasers with audio video cam and related accessories | Detention Center | DGG Taser, Inc. | $2,645 | General Fund/M&O - Detention Center |
| Prepare easement plat and erosion control plan | Engineering | EMC Engineering | Not to Exceed $6,500 | SPLOST 1998-2003) - Wilmington Park |
| Additional trees for the Citizens Service Center | Manager | Blankenship Landscape | $3,130 | Bond Fund - ANG Property |
| Reinstall fence and gate through asphalt at Citizens Service Center | Manager | Ram Wholesale Fence, Inc. | $6,200 | Bond Fund - ANG Property |
| Demolition and cleanup at 7310 Albert Street | Land Bank | American Clearing and Hauling (MBE) | $7,780 | Land Bank |
| Paint and body work to wrecked Sheriff's department vehicle | Fleet Operations | A & L Autobody | $4,953 | General Fund/M&O - Fleet Operations |
| Miscellaneous grinder parts | Solid Waste | The Trading Company | $4,948 | Solid Waste |
| Repair of improperly installed fire alarm system at the Detention Center - 3rd phase | Detention Center | Brewer Technology Solutions (Sole Source) | $8,400 | General Fund/M&O - Detention Center |
| Four (4) Motorola digital radios | ICS | Motorola Communications (Sole Source) | $8,604 | General Fund/M&O - Communications |
| Road striping at Citizens Service Center | Manager | Peek Pavement Marking | $4,225 | SPLOST (2003-2008) - Seawright Drive Connector Road |

==========

M7

* * *

<u>**FRIDAY**</u>                         **APRIL 25**                         <u>**2008**</u>

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, APRIL 25, 2008, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:30 a.m., Friday, April 25, 2008.

============

## II.  INVOCATION

Commissioner Farrell introduced James Taylor, Principal of Calvary High School, who gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

All gave the Pledge of Allegiance to the Flag of the United States of America.

============

## IV.  ROLL CALL

The Clerk called the roll.

Present:          Pete Liakakis, Chairman
                  Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                  Dean Kicklighter, Chairman Pro Tem, District Seven
                  Helen L. Stone, District One
                  James J. Holmes, District Two
                  Patrick Shay, District Three
                  Patrick K. Farrell, District Four
                  David M. Gellatly, District Six

Absent:           Harris Odell, Jr., District Five

Also present:     Russell Abolt, County Manager
                  Jonathan Hart, County Attorney
                  Sybil E. Tillman, County Clerk

Commissioner Stone made a motion to excuse the absence of Commissioner Odell.  Commissioner Farrell seconded the motion and it carried unanimously.

==========

## V.      PROCLAMATIONS AND SPECIAL PRESENTATIONS

## 1.      RECOGNITION OF GRADUATES OF CHATHAM COUNTY/UNIVERSITY OF GEORGIA MANAGEMENT DEVELOPMENT PROGRAM.

County Manager Abolt said, Mr. Chairman and Commissioner Thomas, as Chairman and Vice Chairman, would you please come down for presentation.

1

**FRIDAY**                                    **APRIL 25**                                    **2008**

unanimously.  [NOTE: Commissioner Stone was recused from voting; Commissioners Odell and Thomas were not present.]

==========

# XIII.  INFORMATION ITEMS

**1.    PROGRESS  REPORT ON GENERAL FUND CONTINGENCY ACCOUNT - M&O AND THE SPECIAL SERVICE DISTRICT (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached for review.

==========

**2.    LIST OF PURCHASING ITEMS BETWEEN $2,500 AND $9,999 (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached for review.

AGENDA ITEM:   XIII-2

DATE: April 25, 2008

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|---|---|---|---|---|
| One (1) Dell Poweredge server | Detention Center | Dell Marketing (State Contract) | $8,200 | General Fund/M&O - Detention Center |
| One (1) atomizer and motor for fixed wing adulticide airplane | Mosquito Control | Micronair (Sole Source) | $2,624 | General Fund/M&O - Mosquito Control |
| Five (5) tasers with cameras  for Court Services | Sheriff | DGG Taser, Inc. (Sole Source) | $6,537 | General Fund/M&O - Sheriff |
| Ethanol conversion tank cleaning at four (4) locations | Fleet | Petroleum Services Group | $3,000 | Fuel Management Program |
| Six (6) Dell Latitude laptop computers | CEMA | Dell Marketing (State Contract | $8,307 | CIP - CEMA |
| Trailer skirting for new modular office units | Special Projects | Atlantic Coastal Homes, Inc. | $5,395 | CIP - Juvenile Court |
| Four (4) tasers with cameras and 250 training cartridges | Detention Center | DGG Taser, Inc. (Sole Source) | $9,535 | General Fund/M&O - Detention Center |
| 100 educational workbooks | Juvenile Court | Correctional Counseling, Inc. (Sole Source) | $2,560 | General Fund/M&O - Juvenile Court |
| One (1) GPS unit for SAGIS analysis | Special Projects | Landmark Systems | $5,158 | Land Bank Authority |
| 20 office chairs | Assessor | Kimball International | $7,369 | General Fund/M&O - Assessor |
| Awning for Juvenile Court complex | Special Projects | Coastal Canvas | $4,456 | CIP - Juvenile |

47

M9

* * *

**FRIDAY**                                    **JUNE 13**                                    **2008**

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, JUNE 13, 2008, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:30 a.m., Friday, June 13, 2008.

============

## II.  INVOCATION

Commissioner Harris Odell, Jr., introduced Father Patrick O'Brien, who gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

All gave the Pledge of Allegiance to the All gave the Pledge of Allegiance to the Flag of the United States of America. the United States of America.

============

## IV.  ROLL CALL

The Clerk called the roll.

Present:             Pete Liakakis, Chairman
                     Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                     Dean Kicklighter, Chairman Pro Tem, District Seven
                     Helen L. Stone, District One
                     James J. Holmes, District Two
                     Patrick Shay, District Three
                     Patrick K. Farrell, District Four
                     Harris Odell, Jr., District Five
                     David M. Gellatly, District Six

Also present:        Russell Abolt, County Manager
                     Jonathan Hart, County Attorney
                     Sybil E. Tillman, County Clerk

=========

## CHATHAM COUNTY YOUTH COMMISSIONERS

Chairman Liakakis welcomed the following Youth Commissioners who were in attendance at the meeting:  Telicia Thomas, a Senior from St. Vincent's Academy, Tilly Isaacson, a Sophomore from Savannah Country Day School, Jalisa Williams, a Junior from Johnson High School, and William Stewart, a Sophomore from Savannah Country Day.

=========

1

**FRIDAY**                                   **JUNE 13**                                     **2008**

ISSUE:

To present a request to the Board for the Tax Commissioner's Office to write off uncollectible Personal Property taxes for the period 2001 through 2007. With an additional request for them to instruct the Board of Assessor's not to create a 2008 assessment and/or any subsequent assessment of the same properties.

BACKGROUND:

During the period 2001 through 2007 numerous personal property tax accounts on the County's Tax Digest remain uncollected. These accounts are uncollectible for many reasons such as the owner(s) cannot be located; the owner(s) have moved; the owner(s) are deceased; the business is no longer in operation or has no assets or a bankruptcy judgement has paid less than 100 cents on the dollar. Therefore, the balance outstanding in these accounts cannot be collected.

The amount of uncollectible personal property taxes determined thus far for the period of 2001 through 2007 total $29,718.06 that consists of 635 receipts years as summarized:

| Tax Year | Total Tax Due | County Portion |
|----------|---------------|----------------|
| 2001 | $10,859.67 | $ 3,615.82 |
| 2002 | $ 9,522.78 | $ 3,222.48 |
| 2003 | $ 2,132.76 | $ 680.61 |
| 2004 | $ 3,412.60 | $ 1,119.25 |
| 2005 | $ 1,352.09 | $ 446.99 |
| 2006 | $ 1,649.64 | $ 600.18 |
| 2007 | $ 788.52 | $ 312.78 |
| TOTAL | $29,718.06 | $ 9,998.11 |

FACTS AND FINDINGS:

1.    When yearly audits are performed by both External and State Auditors, as well as periodical audits by Internal Auditors, it has been their recommendation to write off these uncollectible accounts.

2.    A copy of the schedule listing all the accounts is attached.

ALTERNATIVES:

1.    Approve the Tax Commissioner's request to write off these uncollectible accounts

2.    Do not approve the Tax Commissioner's request.

POLICY ANALYSIS:

By writing off these uncollectible personal property accounts the County will be working with an accurate Tax Digest and valid delinquent accounts receivable records.

RECOMMENDATIONS:

That the Board approve Alternative 1.

==========

13.  **REQUEST BOARD APPROVAL TO AWARD BIDS AS FOLLOWS: (Please note that new purchase thresholds of $10,000 or more have been enacted; however, contracts and change orders of a lesser amount still will appear.).**

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|------|-------|--------|--------|---------|
| A. Change Order No. 2 to the contract for the Kings Way Canal Outfall project for additional services | Engineering | Thomas and Hutton Engineering Co., Inc. | Not to Exceed $26,000 | SPLOST (1998-2003) - Kings Way Canal Drainage Improvement project |

Case 4:16-cv-00082-WTM-GRS Document 114-23 Filed 04/19/17 Page 17 of 38

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|------|-------|--------|--------|---------|
| B. Contract for removing and replacing approximately 1,772 linear feet of new chain link fence for Memorial Stadium | Parks and Recreation | Maner Building Supply Company | $61,029 | CIP - Parks and Recreation |
| C. 19 Advanced tasers | Detention Center | DGG Taser, Inc. (Sole Source) | $22,988 | General Fund/M&O - Detention Center |
| D. X-Ray Imaging system | Sheriff | Smiths Detection, Inc. | $28,010 | General Fund/M&O - Sheriff |
| E. Eight (8) laptop computers with carrying cases | Voter Registration | Dell Marketing (State Contract) | $10,745 | General Fund/M&O - Voter Registration |
| F. 15 computers | Magistrate Court | Dell Marketing (State Contract) | $13,627 | General Fund/M&O - Magistrate Court |
| G. Confirmation emergency purchase of 19 replacement computers with monitors, 21 monitors and eight (8) laptops | District Attorney | Dell Marketing (State Contract) | $38,619 | General Fund/M&O - District Attorney |
| H. Signature verification software and maintenance | Voter Registration | Imagine One Corporation (Sole Source) | $18,060 | General Fund/M&O - Voter Registration |
| I. Network infrastructure switches and network cards | Detention Center | Entre Solutions (MBE firm) | $23,661 | General Fund/M&O - Detention Center |
| J. Two (2) additional tape drives and storage media | I.C.S. | Xiotech | $15,973 | General Fund/M&O - Communications |
| K. Annual software licenses and maintenance agreement for the Financial Management Information System | I.C.S. | Sungard Pentamation (Sole Source) | $55,979 | General Fund/M&O - I.C.S. |
| L. 23 hand held portable digital radios | Detention Center | Motorola, Inc. (State Contract) | $73,370 | General Fund/M&O - Detention Center |
| M. Commercial mower | Parks and Recreation | Andy's Lawn Machinery | $10,140 | General Fund/M&O - Parks and Recreation |
| N. Purchase and installation of an automated diesel generator for the Modena well site | Water and Sewer | Cummins Power South, LLC (Sole Source) | $47,146 | Water and Sewer Enterprise Fund |
| O. Playground equipment for the Turner-Hodge-Young community park | Parks and Recreation | GameTime (US Communities contract) | $15,295 | General Fund/M&O - Parks and Recreation |
| P. Amend annual contract to provide attendant services at the Sharon Park Drop Off Center to recognize an annual price increase of 4% | Solid Waste | Jack Douglas | $33,700 | Solid Waste |
| Q. Annual contract with automatic renewal options for four (4) additional one (1) year term to provide professional mental health consultant services | Detention Center | Dr. Nic D'Alesandro (Sole Source) | $50 per hour | General Fund/M&O - Detention Center |
| R. Annual renewal on anti-spyware software | I.C.S. | Entre Business Technology Group | $13,052 | General Fund/M&O - I.C.S. |
| S. ViewScan walk-thru concealed weapons detection unit | Sheriff | View Systems, Inc. (Sole Source) | $11,850 | General Fund/M&O - Sheriff |
| T. Eight (8) open top containers | Solid Waste | Wastequip/LM, Inc. | $41,718 | Solid Waste |

35

M12

Case 4:16-cv-00082-WTM-GRS  Document 114-23  Filed 04/19/17  Page 18 of 38

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|---|---|---|---|---|
| U. Term contract to provide construction equipment, services and materials for County projects | Engineering | T Clearing | Not to Exceed $350,000 | •SPLOST (1985-1993), (1998-2003), (2003-2008) •Land Bank Authority |
| V. Payment for Recorder's Court expenses | Recorder's Court | City of Savannah | $392,775 | SSD - Recorder's Court (pending Board approval of transfer) |
| W. Engineering services to prepare construction plans and technical specs to fortify Records Center to Category 5 conditions | Special Projects | Thomas & Hutton Engineering | $45,500 | SPLOST (2003-2008) - Courthouse Construction |
| X.  Fold door panel and installation for the new sallyport | Special Projects | Electric Power Door Company | $60,500 | SPLOST (2003-2008) - Courthouse Construction |
| Y. Revised pricing for purchase and installation of inmate holding cell systems (truss wall) in Courthouse Basement | Special Projects | CCC Group, Inc. | $1,371,965 | SPLOST (2003-2008) - Courthouse Construction |
| Z. Diskspace expansion for document imaging | I.C.S. | Xiotech (Sole Source) | $27,650 | General Fund/M&O - I.C.S. |
| AA. Two (2) servers | I.C.S. | Dell Marketing (State Contract) | $13,105 | •General Fund/M&O - Communications - $8,105 •General Fund/M&O - Tax Commissioner - $5,000 |
| BB. Professional services contract during the construc-tion of the Red Fox Drive Drainage Improvement project | Engineering | Hussey, Gay, Bell and DeYoung (Sole Source) | $27,000 | SPLOST (1998-2003) - Fawcett Canal Project |
| CC. Annual maintenance for the County's two (2) radio towers and one half the cost of the Smart Zone radio system | I.C.S. | Motorola (Sole Source) | $121,230 | General Fund/M&O - Communications |
| DD. Change Order No. 1 to the contract for the Village Green Canal and Maintenance Road project for additional services | Engineering | Moffatt & Nichol, Inc. | Not to Exceed $15,000 | SPLOST (1998-2003) - Village Green Project |
| EE.  Confirmation of emergency improvements to the irrigation system at Charlie Brooks Park | Parks and Recreation | Land-Tech (Sole Source) | $70,000 | General Fund/M&O - Parks and Recreation |
| FF. Veritax Net Backup licenses and technical support | I.C.S. | Carahsoft Technology Corporation | $48,896 | General Fund/M&O - I.C.S. |

**ACTION OF THE BOARD:**

Commissioner Farrell moved to approve Items 13-A through 13-FF, both inclusive.  Commissioner Thomas seconded the motion and it carried unanimously.

AGENDA ITEM:  X-13
AGENDA DATE:  June 13, 2008

TO:          **BOARD OF COMMISSIONERS**

**FRIDAY**                                    **JUNE 13**                                    **2008**


THRU:        **R.E. ABOLT, COUNTY MANAGER**

FROM:        **MICHAEL A. KAIGLER, DIRECTOR**
             **HUMAN RESOURCES & SERVICES**

SUBJECT:   **AWARD OF BIDS**

**ITEM A**

**ISSUE:**   Request Board approval of  Change Order 2 in the not-to-exceed amount of $26,000 to the engineering services contract  with Thomas & Hutton Engineering Co., Inc. for additional services to the Kings Way Canal Drainage Improvement Project.

**BACKGROUND:**   The Kings Way Canal Outfall project is listed in the Unincorporated Chatham County Stormwater Capital Improvement Program and is a part of the 1998-2003 SPLOST, Drainage Program.

**FACTS AND FINDINGS:**

1.      The consultant is the engineer of record for the project.  A contract has been awarded for project construction.  The consultant has completed the design study report and topographic survey work at the site.  Recommendations of the consultant have been accepted by staff.

2.      The original scope of work was developed in 2003 to include engineering analysis, design, assistance with permitting, and preparation of property acquisition drawings and limited assistance during construction.  The scope of work did not include field stakeout for construction, or routine inspections of the work under construction.

3.      Change Order will provide for services during construction including reviewing pay requests and shop drawings, site visits to observe work, attending meetings with the contractor during construction, preparing construction status reports, and survey work to establish controls for project construction.

4.      Contract history:

| | |
|---|---|
| Original Contract (12-5-03) Analysis and Design | $125,200 |
| Change Order 1 (8-11-06) Update topographic survey and | $13,400 |
| stakeout of required rights of way | |
| Change Order 2 (pending) Services during construction | $26,000 |
| Revised Contract Amount | $164,600 |

**FUNDING:**   SPLOST (1998 - 2003) - Kings Way Canal Drainage Improvement  Project (3224250 - 52.12003 - 32280233)

**ALTERNATIVES:**

1.      Board approval of  Change Order 2 in the not-to-exceed amount of $26,000 to the engineering services contract  with Thomas & Hutton Engineering Co., Inc. for additional services to the Kings Way Canal Drainage Improvement Project.

2.      Provide staff other direction.

**POLICY ANALYSIS:**   It is consistent with Board policy to approve change orders necessary for the completion of projects.

**RECOMMENDATION:** Staff recommends approval of Alternative 1.

BUDGET APPROVAL _____
                        ESTELLE BROWN

**ITEM B**

**ISSUE:**   Request Board approval to award a contract in the amount of $61,029 to Maner Building Supply Company for removing and replacing approximately 1,772 linear feet of new chain link fence which includes 15 double gates and four (4) single gates at Memorial Stadium.

**BACKGROUND:**   The existing fence is rusting and is torn in several areas presenting an unkept appearance.  Repairs have been accomplished as much as possible and are no longer an option.

**FACTS AND FINDINGS:**

1.      The condition of the current fence and gates are beyond repair.  Existing fencing is no longer providing adequate security.  The existing fencing is an eye sore and presents an unkept appearance.

2.      This project was properly advertised and three (3) bids were received and opened 8 May  2008. The bids are as follows:

37

M14

**FRIDAY**                                                    **JUNE 13**                                                    **2008**

| | |
|---|---|
| Maner Building Supply Co.<br>Augusta, GA | $ 61,029 |
| All American Fence *<br>Macon, GA | $ 92,999 |
| E & D Contracting Services *<br>Savannah, GA | $ 93,310 |

\* WBE firm

M15

3.      Staff believes the bid from Maner Building Supply Company to be fair and reasonable.

**FUNDING:**   CIP  - Parks and Recreation
                        (3506100 - 54.13009 - 35030537)

**ALTERNATIVES:**

1.      Board approval to award a contract in the amount of  $61,029 to Maner Building Supply Company for removing and replacing approximately 1,772 linear feet of new chain link fence which includes 15 double gates and four (4) single gates at Memorial Stadium.

2.      Provide staff other direction.

**POLICY ANALYSIS:** It is consistent with Board policy to approve the award of contracts to the low, responsive, responsible bidder.

**RECOMMENDATION:** Staff recommends the approval of Alternative 1.

BUDGET APPROVAL_____
CHRIS MORRIS

**ITEM C**

**ISSUE:**  Request Board approval of the $22,988 sole source purchase of 19  X-26 Advanced Tasers with Cams from DGG Taser, Inc. for the Detention Center.

**BACKGROUND:**  Tasers give officers an additional layer of defense while reducing officer injury.  Tasers provide a less-lethal option for the officer and are a valuable addition in the use of force continuum.

**FACTS AND FINDINGS:**

1.      Due to concerns of injuries to officers and subjects, the Sheriff's Department training unit investigated the effectiveness of the taser.  After test and evaluation, they concluded the taser would be a valuable addition in the use of force continuum.

2.      DGG  Taser, Inc.  has provided tasers to the Sheriff's Department for six (6) years.  Training unit staff are certified instructors for this taser.

3.      For compatibility purposes, this purchase must match so that existing download software can be used.

4.      DGG Taser, Inc.  is the sole source distributor for Georgia.

**FUNDING:**   General Fund/M & O - Detention Center
                        (1003326 - 53.17009)

**ALTERNATIVES:**

1.      Board approval of the $22,988 sole source purchase of 19  X-26 Advanced Tasers with Cams from DGG Taser, Inc. for the Detention Center.

2.      Provide staff other direction.

**POLICY ANALYSIS:**  It is consistent with Board policy to approve the necessary equipment for law enforcement activities.

**RECOMMENDATION:**  Staff recommends approval of Alternative 1.

BUDGET APPROVAL_____
RUSHEDA ADESHINA

**ITEM D**

**ISSUE:** Request Board approval of the $28,010 purchase of an X-Ray Imaging System from Smiths Detection Inc. for the Sheriff's Department.

**BACKGROUND:** This equipment is used to x-ray bags, packages, etc. brought into the building and is an integral link to ensure the safety of the citizens, employees and judicial staff visiting and working in and around the building.

**FACTS AND FINDINGS:**

1.      Prior to this request, the Board approved at their 16 November 2007 meeting, the purchase of one (1) X-Ray Imaging System from Smiths Detection Inc. for the Sheriff's Department.  This purchase will be an additional unit to streamline and supplement the screening process at the Courthouse.

\* \* \*

<u>**FRIDAY**</u>                                **MAY 14**                                <u>**2010**</u>

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, MAY 14, 2010, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:30 a.m., Friday, May 14, 2010.

============

## II. INVOCATION

Commissioner James Holmes gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

Commissioner Patrick Shay led the Pledge of Allegiance to the Flag of the United States of America.

============

## IV.  ROLL CALL

The Clerk called the roll.

Present:          Pete Liakakis, Chairman
                  B. Dean Kicklighter, Chairman Pro Tem, District Seven
                  Helen L. Stone, District One
                  James J. Holmes, District Two
                  Patrick Shay, District Three
                  Patrick K. Farrell, District Four
                  Harris Odell, Jr., District Five

Absent:           Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                  David M. Gellatly, District Six

Also present:     R. E. Abolt, County Manager
                  Jonathan Hart, County Attorney
                  Sybil E. Tillman, County Clerk

Chairman Liakakis said, I've got a release here from Dave Gellatly, who represents the Sixth District of Chatham County and he states in here "I will undergo open heart surgery to replace mu aortic valve at 7:00 a.m., Tuesday, at St. Joseph's Hospital.  Due to my arteries not being clogged, in fact tests show them to be 100% open, my heart surgeon, Dr. Heidary, suspects a birth defect that is just now presenting itself."  And he"will be in the hospital for seven days after which I will be able to perform all of my County Commission duties except attending meetings. " And he's asked that we excuse him from meetings for the next four to six weeks.  So I'd like a motion on the floor—.

Commissioner Stone said, so moved, Mr. Chairman.  Commissioner Farrell said, second.

Chairman Liakakis said, all in favor go on the board.  The motion carried unanimously. [NOTE: Commissioners Gellatly and Thomas were not present.] Chairman Liakakis said, the motion passes.

Chairman Liakakis said, Priscilla Thomas, the Commissioner for the Eighth District, won't be with us today.  I think there is some procedure that she might have, but we will also ask that she also be excused.

1

**FRIDAY**                                             **MAY 14**                                             **2010**

**ACTION OF THE BOARD:**

a.     Commissioner Kicklighter moved to approve Items 11-A through 11-T, both inclusive.  Commissioner Odell
       seconded the motion and it carried unanimously.  [NOTE: Commissioners Farrell, Gellatly and Thomas were
       not present.]

b.     Commissioner Shay moved to approve Item 11-U.  Commissioner Stone seconded the motion and it carried
       unanimously.  [NOTE: Commissioners Farrell, Gellatly and Thomas were not present.]

==========

# XI.   FIRST READINGS

> Proposed changes to ordinances must be read or presented in written form at two meetings held not less than
> one week apart.  A vote on the following listed matters will occur at the next regularly scheduled meeting.
> On first reading, presentation by MPC staff and discussion only by Commissioners will be heard.
> Comments, discussion and debate from members of the public will be received only at the meeting at which a
> vote is to be taken on one of the following listed items.

## 1.     ADOPT AN UPDATED CHATHAM COUNTY REVENUE ORDINANCE.

**ACTION OF THE BOARD:**

Chairman Liakakis read this item into the record as the first reading.

==========

# XII.  SECOND READINGS

None.

==========

# XIII. INFORMATION ITEMS

## 1.     PROGRESS  REPORT ON GENERAL FUND CONTINGENCY ACCOUNT - M&O AND
    THE SPECIAL SERVICE DISTRICT (SEE ATTACHED).

**ACTION OF THE BOARD:**

A status report was attached as information.

==========

## 2.     LIST OF PURCHASING ITEMS BETWEEN $2,500 AND $9,999 (SEE ATTACHED).

**ACTION OF THE BOARD:**

A status report was attached as information.

AGENDA ITEM:  XIII-2
AGENDA DATE: May 14, 2010

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|---|---|---|---|---|
| Demolition of 9133 Whitefield Avenue | Engineering | Southern Tri | $3,000 | SPLOST (1993-1998) - Whitefield Avenue Widening Project |

25

**M18**

Case 4:16-cv-00082-WTM-GRS   Document 114-23   Filed 04/19/17   Page 25 of 38

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|------|-------|--------|--------|---------|
| Additional trees for planting the littoral shelf at the County's wetlands mitigation bank (Litchfield) | Engineering | Central Florida Lands and Timbers | $4,500 | SPLOST (2003-2008) - Open Space/ Greenway |
| Two (2) 8ft lifeguard chairs | Aquatic Center | Recreonics, Inc. | $6,450 | General Fund/M&O - Aquatic Center |
| 177 cases of anti-bacterial soap | Detention Center | Coastal Paper-Sail Chemical (Sole Source) | $4,728 | General Fund/M&O - Detention Center |
| Eight (8) tasers with black grip holster and cam | Sheriff | DGG Taser, Inc. (Sole Source) | $9,815 | General Fund/M&O - Sheriff |
| 20 Remington shotguns with trade-in of outdated weapons | Sheriff | Ed's Public Safety | $5,715 | General Fund/M&O - Sheriff |
| Garage tires for stock | Fleet Operations | Pep Boys | $2,685 | Fleet Tire Inventory |
| Garage tires for stock | Fleet Operations | S O S Radial Tire Service | $3,691 | Fleet Tire Inventory |
| Grinder tips and hammers | Public Works and Park Services | The Trading Company | $6,541 | Solid Waste Restricted |
| 340gl of field marking paint | Parks and Recreation | Richmond Supply Company | $8,585 | General Fund/M&O - Parks and Recreation |
| Umpires for youth baseball games middle school | Parks and Recreation | Greater Savannah Umpires Association (Sole Source) | $3,696 | General Fund/M&O - Parks and Recreation |
| Repair 140ft section of guard rail on Hutchinson Island Road | Public Works and Park Services | Alloy Industrial Contractor, Inc. (WBE) | $9,750 | CIP - Public Works |
| Remove all worn out gutters and replace with new at the Thunderbolt branch library | Facilities Maintenance and Operations | Lammons Construction Company, Inc. | $4,484 | General Fund/M&O - Reimbursable Expenses |
| 27 Xerox toner cartridges | Tax Commissioner | CDW Government, Inc. | $5,172 | General Fund/M&O - Tax Commissioner |
| Professional services for bankruptcy consultation - ref: Tronox | Tax Commissioner | Gannam, Gnann and Steinmetz, LLC | $3,105 | General Fund/M&O - Tax Commissioner |
| One (1) laptop with software and maintenance | Engineering | Dell Marketing (State Contract) | $3,311 | CIP - Engineering |
| Software for servers | I.C.S. | Dell Marketing (State Contract) | $4,216 | CIP - Communications |
| One (1) Dell server | Mosquito Control | Dell Marketing (State Contract) | $8,935 | General Fund/M&O - Mosquito Control |
| Two (2) Motorola XTS2500 radio with battery, antenna and external mic | Facilities Maintenance and Operations | Motorola (Sole Source) | $6,130 | General Fund/M&O - Facilities Maintenance and Operations |
| Three (3) computers | District Attorney | Dell Marketing (State Contract) | $4,673 | General Fund/M&O - District Attorney |
| Five (5) computers | Juvenile Court | Dell Marketing (State Contract) | $7,789 | General Fund/M&O - Juvenile Court |

M19

* * *

<u>FRIDAY</u>                                    <u>MAY 28</u>                                    <u>2010</u>

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, MAY 28, 2010, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA**.

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:15 a.m., Friday, May 28, 2010.

============

## II.  INVOCATION

Commissioner James J. Holmes gave the Invocation.

============

## III.  PLEDGE OF ALLEGIANCE

Commissioner Patrick Shay led the Pledge of Allegiance to the Flag of the United States of America.

============

## IV.  ROLL CALL

The Clerk called the roll.

| | |
|---|---|
| Present: | Pete Liakakis, Chairman |
| | Dr. Priscilla D. Thomas, Vice Chairman, District Eight |
| | B. Dean Kicklighter, Chairman Pro Tem, District Seven |
| | Helen L. Stone, District One |
| | James J. Holmes, District Two |
| | Patrick Shay, District Three |
| | Patrick K. Farrell, District Four |
| | Harris Odell, Jr., District Five |
| Absent: | David M. Gellatly, District Six |
| Also present: | R. E. Abolt, County Manager |
| | Jonathan Hart, County Attorney |
| | Barbara B. Wright, Acting Clerk |

=========

## V.  <u>PROCLAMATIONS AND SPECIAL PRESENTATIONS</u>

**1.  OVERVIEW OF CERTIFIED LOCAL GOVERNMENT PROGRAM AND PLAQUE PRESENTATION BY LEIGH BURNS, PRESERVATION PLANNER AND CERTIFIED LOCAL GOVERNMENT COORDINATOR, HISTORIC PRESERVATION DIVISION, GEORGIA DNR.**

Chairman Liakakis said, do you have anybody else here with you?

Ms. Burns said, Ellen Harris is here with me.

Chairman Liakakis said, all right, if anybody else would like to come up with Leigh, stand up there while she does that, that's fine.

1

M20

<u>**FRIDAY**</u>                                                       **MAY 28**                                                       **2010**

Daily Admission                                          $5

Individual Membership – Monthly               From $10 to $20

Family Membership – Monthly                   From $20 to $40

Special Needs Membership – Monthly       $10

Exemption for Board of Education Exceptional Students

==========

## XIII.  <u>INFORMATION ITEMS</u>

**1.     PROGRESS  REPORT ON GENERAL FUND CONTINGENCY ACCOUNT - M&O
        AND THE SPECIAL SERVICE DISTRICT (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached as information.

==========

**2.     LIST OF PURCHASING ITEMS BETWEEN $2,500 AND $9,999 (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached as information.

*AGENDA ITEM:* XIII-2
*AGENDA DATE: May 28, 2010*

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| <u>**ITEM**</u> | <u>**DEPT.**</u> | <u>**SOURCE**</u> | <u>**AMOUNT**</u> | <u>**FUNDING**</u> |
|---|---|---|---|---|
| Twenty (20) Remington shotguns with trade-in of 30 outdated weapons | Sheriff | Ed's Public Safety | $5,715 | General Fund/M & O - Sheriff |
| Repair slabs at the Wilmington Island Drop Off Center | Public Works and Park Services | Savannah River Utilities (MBE) | $2,975 | Solid Waste Restricted |
| Destruction of records for various County departments | Administrative Services | Shredex | $3,870 | General Fund/M & O - Administrative Services |
| Three (3) tasers with taser cams | Sheriff | DGG Taser, Inc. (Sole Source) | $3,665 | General Fund/M & O - Sheriff |
| Repairs to eight (8) doors at the Aquatic Center | Aquatic Center | Savannah Architectural | $4,749 | General Fund/M & O - Aquatic Center |

* * *

**FRIDAY**                                    **JUNE 11**                                    **2010**

MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, JUNE 11, 2010, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.

## I. CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:25 a.m.

==========

## II. INVOCATION

Commissioner Patrick Shay gave the Invocation.

==========

## III. PLEDGE OF ALLEGIANCE

Commissioner Dean Kicklighter led the Pledge of Allegiance to the Flag of the United States of America.

==========

## IV. ROLL CALL

The Acting Clerk called the roll.

Present:        Pete Liakakis, Chairman
                Dr. Priscilla D. Thomas, Vice Chairman, District 8
                Dean Kicklighter, Chairman Pro Tem, District 7
                Helen L. Stone, District 1
                James J. Holmes, District 2
                Patrick Shay, District 3
                Patrick K. Farrell, District 4
                Harris Odell, Jr., District 5

Also present:   R.E. Abolt, County Manager,
                R. Jonathan Hart, County Attorney
                Barbara B. Wright, Acting Clerk

Commissioner Shay said, Mr. Chairman, I'd like to make a motion that we excuse Commissioner Gellatly, who has been in the hospital and is recuperating. We look forward to him joining us at the next meeting. Commissioner Thomas seconded the motion and it carried unanimously.

==========

## V. PROCLAMATIONS AND SPECIAL PRESENTATIONS

### 1. Graduation Ceremonies for the 2010 Chatham County Youth Commission.

Chairman Liakakis said, we have this morning the graduation ceremony for the 2010 Chatham County Youth Commission and I'll call on Van, if you'll come forth for that. Dr. Thomas can be expressed as President of the school.

Mr. Van Johnson said, or Youth Commissioner University, as they call it. Dr. Thomas, Commissioner Stone, Chairman Liakakis and Gentlemen, this morning is a time of great celebration and reflection in our County as we celebrate the accomplishments of 13 young people. Thirteen members of our community, who have persevered and who have succeeded through the Chatham County Youth Commission. It is because of the vision of Dr. Priscilla Thomas and your continued support for the Chatham County Youth Commission that we have been able to provide these types of outcomes in our County now for the last 18 years. It is because of Dr. Thomas' vision and your support that we are recognized throughout the country for exciting, engaging, empowering, exposing, and educating our young people. It is because of Dr. Thomas' vision and your support that we have learned that the Miami-Dade County Commission has now adopted the Chatham County Youth Commission as their model for their

1

M22

**FRIDAY**                              **JUNE 11**                              **2010**

All Districts

==========

## XIII.  INFORMATION ITEMS

1.   **Progress report on General Fund Contingency Account - M & O and the Special Service District (see attached).**

2.   **List of purchasing items between $2,500 and $9,999 (see attached).**

*AGENDA ITEM:   XIII-2*
*AGENDA DATE: June 11, 2010*

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|------|-------|--------|--------|---------|
| 25 various size automotive tires | Fleet Operations | Pep Boys | $3,021 | General Fund/M & O - Tire Inventory |
| 100 cases letter size copy paper | Detention Center | Paper Chemical Supply Company (WBE) | $3,290 | General Fund/M & O - Detention Center |
| Annual software maintenance for the card reader system | Detention Center | RISG USA, Inc. (Sole Source) | $5,585 | General Fund/M & O - Detention Center |
| Three (3) tasers with taser cams | Sheriff | DGG Taser, Inc. (Sole Source) | $3,665 | General Fund/M & O - Sheriff |
| Repairs to fencing and move gate operator to left side of opening | CNT | Randy's Fence Company | $6,150 | Confiscated Funds - CNT |
| Technical surveillance equipment | CNT | Sytech Corporation (Sole Source) | $4,000 | Confiscated Funds - CNT |
| One (1) handheld computer and training for the meter reading system | Public Works and Park Services | Delta Municipal Supply Co., Inc. (Sole Source) | $6,800 | Water and Sewer |
| One (1) lot of traffic sign material | Public Works and Park Services | American Traffic and Safety Materials | $4,404 | SSD - Public Works |

72

**M23**

* * *

**FRIDAY** **SEPTEMBER 9** **2011**

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, SEPTEMBER 9, 2011, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Pete Liakakis called the meeting to order at 9:20 a.m. on Friday, September 9, 2011.

============

## II. INVOCATION

Chairman Liakakis said, I call on Commissioner Helen Stone for the Invocation, please.

Commissioner Helen Stone said, thank you, Mr. Chairman.  It is my honor to call on Father Pat Van Durick – Van Durme, who is the Chaplain at Hunter Air Force here.  And I wanted him to be here today because I do not want us in our hearts to forget what happened this Sunday ten years ago, and I couldn't think of a better person to come and give our Invocation than Father Pat [Van Durme].  Thank you.

Chairman Liakakis said, Father Pat [Van Durme], just come up to the mike there, please.  Thank you.

Father Van Durme said, I'd ask you to please join me in prayer as you pray in your faith tradition as I offer this prayer in mine.

Father Patrick Van Durme gave the Invocation as follows:

> Lord, we – we thank you for this day in which we can serve you.  We ask you to bless all the efforts of those gathered here.  Give them wisdom and courage to do what's right.  Give them insight to see the path that is best to lead this great community in prosperity and safety.  Lord, as we gather together today, we remember the attacks of 9/11 ten years ago.  We pray today for all those who died.  We pray also for those that have died since that day working to build the world of peace and justice.  We pray for all in our community that stand in the gap today and risk their lives trying to build a better world.  We pray for all those in our police and emergency services, strengthen them to their task and give success to their efforts.   As they run towards the danger, Lord, keep them all safe and in the palm of your hand.  Bless those families that still feel the sharp pain of the death of a loved one.  You are their strength and their solace.  As we gathered here in this hallowed hall, we remember that we stand on the shoulders of those that came before us.  Help us to keep them always in our minds and hearts that we will do our best to live up to their legacy, to continue to build this community and this great country.  There are still those that wish to do us harm.  Give us the wisdom to seek justice and safety for all and shed your light upon us today.  We pray together as a community, and in each our own way, but together we say, Amen.

============

## III.  PLEDGE OF ALLEGIANCE

Chairman Liakakis said, I call on Commissioner Priscilla Thomas for the Pledge of Allegiance.  Commissioner Thomas led all in the Pledge of Allegiance to Flag of the United States of America.

============

## IV.  ROLL CALL

Chairman Liakakis said, I call on our county clerk, Janice Bocook, for the roll call, please.

The Clerk called the roll.

Present:            Pete Liakakis, Chairman
                    Dr. Priscilla D. Thomas, Vice Chairman, District Eight
                    Helen L. Stone, Chairman Pro Tem, District One
                    James J. Holmes, District Two
                    Patrick Shay, District Three (arrived at approximately 11:10 a.m.)
                    Patrick K. Farrell, District Four
                    Harris Odell, Jr., District Five (arrived at approximately 9:30 a.m.)

1

==========

## XII.  SECOND READINGS

Chairman Liakakis said, no Second Readings.

==========

## XIII.  INFORMATION ITEMS

Chairman Liakakis said, and on item 13, is Information Items, all County Commissioners were sent that information in their packet.

1.    **PROGRESS  REPORT ON GENERAL FUND CONTINGENCY ACCOUNT - M&O AND THE SPECIAL SERVICE DISTRICT (SEE ATTACHED).**

**ACTION OF THE BOARD:**

A status report was attached as information.

==========

2.    **LIST OF PURCHASING ITEMS BETWEEN $2,500 AND $9,999 (*See Attached*).**

AGENDA ITEM:  **XIII-2**

AGENDA DATE:  September 9, 2011

List of Purchasing Items between $2,500 and $9,999
That Do Not Require Board Approval

| ITEM | DEPT. | SOURCE | AMOUNT | FUNDING |
|---|---|---|---|---|
| Four (4)-24pound cases of mosquito control chemicals | Mosquito Control | Clarke Mosquito Control, Corp. | $4,883 | General Fund/M & O - Mosquito Control |
| Sugar Mill roadway subsurface investigation | Public Works and Park Services | HSA Engineers and Scientists | $2,800 | CIP - Public Works |
| Garage parts and shop supplies for inventory | Fleet Operations | White Brothers Auto Parts Warehouse | $2,955 | Fleet Inventory Account |
| One (1) drop-in engine for unit 298 (F800 large dump truck) | Fleet Operations | Pilot Engines | $6,463 | Fleet Inventory Account |
| One (1) sign and bronze plaque for Tom Sprague Complex | Special Projects | Doug Bean Signs, Inc. | $5,970 | DSA Bond Fund |
| 17 tires for stock | Fleet Operations | S O S Radial Tire Service | $2,833 | Fleet Inventory Account |
| Five (5) taser kits and taser cams | Sheriff | DGG Taser, Inc. (Sole Source) | $6,169 | General Fund/M & O - Sheriff's Department |
| 19 Transceivers-Cisco switch upgrade and maintenance | I.C.S. | Entre Solutions (MBE) | $6,460 | SPLOST (2008-2014) - Courthouse Construction |

* * *

**MINUTES OF THE REGULAR MEETING OF THE BOARD OF COMMISSIONERS OF CHATHAM COUNTY, GEORGIA, HELD ON FRIDAY, MAY 9, 2014, IN THE COMMISSION MEETING ROOM ON THE SECOND FLOOR OF THE CHATHAM COUNTY COURTHOUSE, LEGISLATIVE AND ADMINISTRATIVE BUILDING, 124 BULL STREET, SAVANNAH, GEORGIA.**

## I.  CALL TO ORDER

Chairman Albert J. Scott called the meeting to order at 9:33 a.m. on Friday, May 9, 2014.

============

## II.  INVOCATION

Chairman Scott said, good morning and welcome.  I will ask that everybody be seated at this time.  We have with us today Bishop James G. Rodges, and when Rodges -- and when Bishop Rodges requests or indicate it's time for prayer, I would ask that everybody stand at that time and remain standing through the Pledge of Allegiance.  We'll be led in the Pledge of Allegiance by Commissioner Center of the Third District.  And for those of you who may not follow the news, the United States Supreme Court upheld a right for city and county and local government to have a word of prayer before the start of their meetings.  Since becoming Chairman I've made this a -- a -- a staple of our meetings, and I get emails or letters at least once a week suggesting to me that it's unconstitutional to do so, but the reason that I feel it's so important is sometimes people get caught up in what they do, and don't take time to reflect on who they are, and that's the only purpose of this devotion is to put people sort of in the right frame of mind to conduct the business of the county.

Chairman Scott said, and this morning I'm delighted to introduce Bishop James G. Rodges to lead us in our devotional service this morning.  He will have some remarks and words of wisdom and then a prayer.  Bishop Rodges is the  pastor of the Jonesville Baptist Church of the Pentecostal Assemblies of the World, Inc.  If you're not familiar with where his church is located, it's located on the corner of Montgomery and Staley Avenue, and it's what I refer to as one of the new community churches.  If anybody needs a place to hold an event or anything else, the doors of his church is always open.  We've gone there.  It's a place for polling precinct.  We've gone there for forums and debates and community worship services, and etcetera.  And I may be wrong, but I think it's probably one of the fastest growing churches in Chatham County, and for those of you who may not know, the church is located in the Fifth District, Commissioner Shabazz's District.

Commissioner Shabazz said, mm-hmm.

Chairman Scott said, Bishop Rodges live in the Fourth District, so he's a constituent of Commissioner Pat Farrell.  And at this time it's a great deal of pleasure that I introduce to you, Bishop James G. Rodges.

Bishop James G. Rodges said, thank you so much.  Giving honor to God our Father in the name of -- and our very distinguished Chairman, Chairman Al Scott, and to the very distinguished and esteemed Commissioners.  I'm very honored to be here just to have an opportunity to give devotion to such a tremendous group of people that have the responsibility of making major decisions for us.  I was thinking about this a few minutes ago, and have it on my mind for a while, what would I talk to you all about before we pray?  And that is this beautiful passage that's found in the book of Psalms 115, and Genesis 11:5 and 7, and also Nehemiah 6 and 3.  Well, I won't preach to you, but I do want to share just a moment of what those verses mean to me.  Now, in the book of Genesis, which is a wonderful story, it gives us a little insight of an experience that happened on the earth, and the Bible says it like this, and the Lord came down to see the city and the tower which the children of men builded, and the Lord said, behold, the people is one, and they have all one language, and this they began to do, and now nothing will be restrained from them which they have imagined to do.  And I was thinking about that because one of the most beautiful things that God came down to take notice of in the very earth that he has created himself was the unity that he saw among men in Genesis 11 as they began to build what we come to know as the Tower of Babylon.

Bishop Rodges said, God was so impressed that he came to see and to just take note of their work, which is a wonderful thought to always remember that unity has a wonderful look to it.  Psalms 133 says behold how pleasant and how beautiful -- how pleasant it is for the brethren to dwell together in unity, and then it says it's like this and it's like that, and as it says that, it says that unity has a spiritual benefit to it.  Unity has a natural benefit to it, and unity has an earthly benefit, and anytime you find unity, it is something always beautiful to take note of.  That was one of the scripture that I mentioned, and that was found in the book of Nehemiah, Chapter 6, and Nehemiah was one of the great orchestrator -- architects in the scripture that had the responsibility of rebuilding the City of Jerusalem, and he did it in 52 days, a mammoth task in 52 days.  And one statement that he used that I want to introduce to you all, and he said this about the work that they were doing, the people had a mind to work.  Whatever we do in building and constructing, it takes unity, and it takes a good mind, and wherever you find where people are unified and where people have a mind to work together, you're going to find energy, you're going to find power, and you just might find God because God loves unity.

1

**FRIDAY**                                    **MAY 9**                                    **2014**

AGENDA ITEM: *X-6*
AGENDA DATE: **May 9, 2014**

TO:        Board of Commissioners

THRU:     R. E. Abolt, County Manager

FROM:    Gregori S. Anderson, Director of Building Safety and Regulatory Services
           Juliette Tolbert, Acting Chief of Police

**ISSUE:**
Permit to dispense alcoholic beverages for a special event in Chatham County on May 16, 2014.

**FACTS AND FINDINGS:**
    1.    Bethesda Academy, a non-profit organization, through applicant Elizabeth A. Brown has filed a Special Event Application for a fundraiser to be held at 9520 Ferguson Ave. The applicant has the intent to dispense alcoholic beverages (beer, wine and liquor) at the event.

    2.    Section 16-134(4) of the Chatham County Business/Occupational Tax Ordinance requires approval of the County Commissioners to issue a temporary permit to dispense alcoholic beverages in conjunction with a special event.

    3.    The ordinance grants the Board of Commissioners discretion to allow the consumption of alcoholic beverages in conjunction with a special event.

**ALTERNATIVES:**
    1.    Grant permit to allow the dispensing and consumption of alcoholic beverages in conjunction with the requested special event at 9520 Ferguson Avenue.

    2.    Deny Permit.

    3.    Provide direction to staff.

**POLICY ANALYSIS:**
The Alcoholic Beverages Code prohibits the sale, possession or consumption of alcoholic beverages during a special event without a permit and approval of the Board of Commissioners.

**RECOMMENDATION:**
Approve Alternative No. 1

==========

7.    **REQUEST BOARD APPROVAL TO AWARD BIDS AS FOLLOWS: (Please note that new purchase thresholds of $10,000 or more have been enacted; however, contracts and change orders of a lesser amount still will appear).**

**ACTION OF THE BOARD:**

    a.    Commissioner Brady moved for approval to award bids as follows with the exception of E: (Please note that new purchase thresholds of $10,000 or more have been enacted; however, contracts and change orders of a lesser amount still will appear.) Commissioners Stone and Shabazz seconded the motion and it carried unanimously.

    b.    Commissioner Stone moved to approve item 7-E, for approval of a not to exceed $17,900 sole source professional engineering services contract with Jacobs, Inc., for a noise study for Truman Parkway. Commissioner Kicklighter seconded the motion and it carried unanimously.

AGENDA ITEM: *X-7 A thru Z*
AGENDA DATE: **May 9, 2014**

TO:        **BOARD OF COMMISSIONERS**

THRU:     **R.E. ABOLT, COUNTY MANAGER**

FROM:    **MICHAEL A. KAIGLER, ASSISTANT COUNTY MANAGER**

SUBJECT:   **AWARD OF BIDS**

34

**FRIDAY**                                           **MAY 9**                                           **2014**

**ALTERNATIVES:**
1.   Board approval of a purchase of one (1) used non-typical replacement vehicle, for CNT, from Fairway Lincoln Mazda, and authorize the disposal of two (2) vehicles to be used as trade-ins. The total purchase cost, using the trade-ins, will be zero dollars.

2.   Provide staff other direction.

**POLICY ANALYSIS:**  It is consistent with Board policy to approve the purchase of replacement vehicles for law enforcement activities.

**RECOMMENDATION:**  Staff recommends approval of Alternative 1.

BUDGET APPROVAL _____
CHRIS MORRIS

**ITEM U**

**ISSUE:**  Request Board approval of a $ 272,985 sole source purchase from Taser International, Scottsdale, AZ, for tasers to be used by Chatham County Detention Center personnel, Chatham County Sheriff's Street Operations, Court Services and K9.

**BACKGROUND:**  Recently a federal injunction against Karbon Arms has predicated the cease and desist usage of all Karbon Arms less than lethal stun guns.  Due to this injunction, the County would be in a libelous situation were the usage of these items to continue.  It is necessary to replace our inventory of these type products.  Once the terms of the Federal injunction were received, we consulted the County Attorney.  The consensus is the Taser International less lethal product should be purchased through Taser International and be considered a sole source item. Taser International has offered a buy-back of our current Karbon Arms inventory equaling $10,250 towards a purchase with their company.

**FACTS AND FINDINGS:**
1.   Less-lethal weapons are intended to reduce officers' need to use lethal force without diminishing officers' effectiveness or undermining the safety of officers, suspected offenders or bystanders. Because the taser is a valuable less than lethal option for our officers and will prevent unnecessary deadly encounters with violators.

2.   We have received pricing from Taser International for the purchase of 150 taser less than lethal products, which includes a $10,250 credit for turned-in Karbon Arms stun guns.  The purchase price is $272,985 after the applied credit. The pricing is from General Services Administration (GSA) pricing and includes a four (4) year extended warranty.

**FUNDING:**   General Fund/M&O - Detention Center
(1003326 - 54.25001)

**POLICY ANALYSIS:**   It is consistent with Board policy to approve purchases that enhance the capabilities of law enforcement officers.

**ALTERNATIVES:**
1.   Board approval of a $ 272,985 sole source purchase from Taser International, Scottsdale, AZ, for tasers to be used by Chatham County Detention Center personnel, Chatham County Sheriff's Street Operations, Court Services and K9.

2.   Provide staff other direction.

**RECOMMENDATION:**  Staff recommends approval of Alternative 1.

BUDGET APPROVAL_____
RUSHEDA ADESHINA

**ITEM V**

**ISSUE:**  Request Board approval to enter into a License Agreement with Preferred Materials, Inc., for the use of County property off Veterans Parkway to locate a temporary construction office.

**BACKGROUND:**  Preferred Materials, Inc., has a contract with the Georgia Department of Transportation for Project Number 0010232, SR 204 Widening.  They have approached the County to utilize County property off Veterans Parkway to install a construction trailer and staging area to support the project.

**FACTS AND FINDINGS:**
1.   The project includes the widening of State Route 204 Abercorn Extension from Rio Road to the Veterans Parkway and intersection improvements at Rio Road.

48

M28