# EXHIBIT EE

# CHATHAM COUNTY ATTORNEY

R. JONATHAN HART
COUNTY ATTORNEY

JENNIFER BURNS
ASSISTANT COUNTY ATTORNEY

124 BULL STREET
ROOM 230
SAVANNAH, GEORGIA 31401

PLEASE REPLY TO:
P.O. BOX 8161
SAVANNAH, GEORGIA 31412
T: 912-652-7881
F: 912-652-7887

April 12, 2017

William W. Claiborne, Esq.
410 East Bay Street
Savannah, GA 31401

Re: Open Records Act Request dated April 10, 2017

Dear Mr. Claiborne:

Our office is in receipt of your Open Records Act Request dated April 10, 2017. Please consider this our response within three business days. In your request you asked for a copy of the following:

1. Copies of all checks issued by Chatham County to settle any legal claim(s) asserted against the Chatham County Sheriff and/or Chatham County Sheriff's Office from January 1, 2012 to the present date.
2. Copies of all agendas, minutes, or other records of the proceedings of the Chatham County Commission wherein any vote was taken or decision made to authorize the payment of funds to settle any legal claim(s) asserted against the Chatham County Sheriff and/or Chatham County Sheriff's Office from January 1, 2012 to the present date.
3. The same kinds of documents sought in requests no. 1 and 2, but relating to the following specific cases:

    Shelia Alaine Neville v Classic Gardens, etc
    Darcy Lynn Daniel
    Andrew Simmons
    Mark Swain Lee v. Chatham County, Georgia, et al.
    James Labella v. City of Savannah, et al.
    Deborah Simmons v. Chatham County Sheriff's
    Michael Warren Corbett v. John Wilcher, et al.
    James Wright v. Ledell Ellis, et al.

Our office is in the process of retrieving any responsive records. However, we are unable to produce those documents within three business days. We anticipate providing you with copies of documents responsive to your request no later than May 11, 2017.

Pursuant to O.C.G.A. § 50-18-71(d), the County is authorized to collect a "reasonable

charge" for producing the records. Once we have gathered these records, we will advise you of the costs before they are incurred.

Sincerely,

Jennifer Burns
Assistant County Attorney

JB/dkm