IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE and<br>ADENIKE HANNAH AJIBADE, as natural<br>parents of Mathew Ajibade, and<br>THE ESTATE OF MATHEW AJIBADE and<br>CHRIS OLADAPO, its Executor<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WILCHER, in his official capacity as<br>Chatham County Sheriff, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 4:16-CV-82-WTM-GRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW AS COUNSEL

COME NOW Defendants Debra Johnson and Andreux Evans-Martinez, by and through the undersigned counsel, and hereby move the Court for an order withdrawing Lauren E.H. Meadows as counsel of record due to her resignation from Oliver Maner LLP. Benjamin M. Perkins of Oliver Maner LLP will continue to serve as lead counsel for Debra Johnson and Andreux Evans-Martinez.

A proposed Order is attached hereto.

This 27th day of April, 2017.

OLIVER MANER LLP

/s/ Lauren E.H. Meadows
BENJAMIN M. PERKINS
State Bar No. 140997
LAUREN E.H. MEADOWS
State Bar No. 575757

P.O. Box 10186
Savannah, GA 31412                    Attorneys for Debra Johnson

1

(912) 236-3311 telephone                    and Andreux Evans-Martinez
(912) 236-8725 facsimile
bperkins@olivermaner.com
lmeadows@olivermaner.com

2

<u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served the foregoing **Motion to Withdraw as Counsel** upon all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing.

I further certify that I served the following parties via US Mail, addressed as follows:

Jason Kenny
157 Junco Way
Savannah, GA 31419

Paul Folsome
5 Holiday Court
Savannah, GA 31419

Eric Vinson
1307 Stubbs Street
Savannah, GA 31404

Mark Capers
307 Stonebridge Circle
Savannah, GA 31419

Frederick Burke
1313 E. Anderson Street
Savannah, GA 31404

This 27th day of April, 2017.

OLIVER MANER LLP

*/s/ Lauren E.H. Meadows*
BENJAMIN M. PERKINS
State Bar No. 140997
LAUREN E.H. MEADOWS
State Bar No. 575757

P.O. Box 10186
Savannah, GA 31412
(912) 236-3311 telephone
(912) 236-8725 facsimile
bperkins@olivermaner.com
lmeadows@olivermaner.com

Attorneys for Debra Johnson
and Andreux Evans-Martinez