FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2017 AUG -4 AM 9: 33

CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE and ADENIKE HANNAH AJIBADE, as natural parents of Mathew Ajibade, and THE ESTATE OF MATHEW AJIBADE and CHRIS OLADAPO, its Executor<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WILCHER, in his official capacity as Chatham County Sheriff, et al.,<br><br>Defendants. | Civil Action<br>File No. 4:16-CV-082 |

## ORDER GRANTING CORIZON HEALTH, INC.'S MOTION TO SEAL

Having read and considered Defendant Corizon Health, Inc.'s Motion to Seal, and for good cause shown, the motion is HEREBY GRANTED. The Clerk is directed to file under seal the confidential settlement agreement attached to Corizon's Motion.

This 3rd day of August, 2017.

_____
U.S. DISTRICT COURT JUDGE

Order Prepared By:
Eric J. Frisch
Carlock, Copeland & Stair, LLP
191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303
404-522-8220
efrisch@carlockcopeland.com

6131088v.1