

1.866.944.4723 |
staff@ipicd.com

# 12th Annual IPICD Excited Delirium™ &
# Arrest-Related Death Conference

Dates, Times &Location | Description | Presenters and Schedule | Room Rates | Tuition and Payment |

| Dates | Times | Location |
|---|---|---|
| November 13-15, 2017 | Nov 13 &148: 8a - 5p<br>Nov 15: 8a - Noon | The Orleans Hotel<br>4500 W. Tropicana Ave.<br>Las Vegas, NV. 89103 |

### Feb 2018

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 28 | 29 | 30 | 31 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |

## Training

CEER

Host a Program

Marketplace

Online Training Center

Testimonials

Training Programs

## Resources

Articles

Judicial Decisions

Newsletter

Services

## Administrative

Staff

W-9 Form

## Description

**IPICD HAS YOUR BEST INTERESTS IN MIND**

You have seen and heard the news.
Law enforcement officers (LEO) being criminally charged by prosecutors following an emotionally-charged and high-profile arrest-related death. Then, following an emotional, lengthy, and expensive trial, several LEOs are criminally convicted and sent to prison. Many times, critical information was not gathered because investigators were unsure about what to ask, what information and evidence was important to obtain; Medical Examiner opinions failed to follow published science and negatively impacted the case outcome; and not knowing the importance of forensically analyzing body-worn and other camera video can have a devastating impact on confirming or denying officer statements about what happened.

The IPICD's 12th annual conference will help you prepare for these situations. Learn from subject-matter experts what you need to do now to prepare for these increasingly frequent, emotionally-charged, and career-ending situations. Identify the scientific, legal, medical, and other information you will need to obtain from or to challenge medical examiners, investigators, and others to help you prepare for trial and put on a career-saving defense. Learn what you can do to help insulate yourself from liability before and after such events.

This is not another use-of-force legal update seminar. The IPICD conference focuses on what you need to know before and after force is used. This is the most important conference you can attend for yourself, for your family, for your community, for your career, and for your future. You will learn what you need to know to help save your or another officer's career, and to keep you or another officer from a possible prison sentence.

## Presenters and Schedule

More information coming soon!

| Time | Topic | Presenter |
|---|---|---|
| TBA | Frequency of Arrest-Related Deaths | Darrel Ross, Ph.D. |
| TBA | Unmasking the Truth Behind Video Driven Investigations of Police | Grant Fredericks |
| TBA | Medical Examiner Mistakes When They Fail to Follow the Science and Foreseeable Consequences | Michael Brave, J.D. |
| TBA | The Impact of Department of Justice Consent Decrees | James Brown, J.D. |
| TBA | Consent Decrees: How They Are Monitored and the Impact on You and Your Agency | Chief (ret.) Charles Reynolds |

| TBA | CONTROL replaces Fighting | Lt. John Domingo |
|-----|---------------------------|------------------|
| TBA | Layman Guide to Drug Abuse and Sudden Death | Stephen Karch, M.D. |
| TBA | Psychology and Policing: | Commander Scott Snow & Chris Richardson |
| TBA | Implicit Bias | Officer Roderick Beasley |
| TBA | Investigative Protocols | Stephen Karch, M.D. |
| TBA | Excited Delirium: New Frontier | Deborah Mash, Ph.D. |
| TBA | Managing the Less-than-once-in-a-Lifetime Career-ending Event | Michael Brave, J.D. |
| TBA | Field Research: Prone Positioning | Darrell Ross, Ph.D. |
| TBA | Electronic Control Weapons & Temporal Deaths | Darrell Ross, Ph.D. |
| TBA | The Growing Importance of Competency-Based Testing | John G. Peters, Jr., Ph.D. |

Due to trial schedule changes or other unplanned events, substitute speakers with similar knowledge and experience may need to be substituted.

## Room Rates

More information coming soon!

## Tuition and Payments

More information coming soon!

About IPICD      Contact      Privacy Policy      Terms of Service

©2005-2018, The Institute for the Prevention of In-Custody Deaths, Inc. All Rights Reserved.