# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

SOLOMAN OLUDAMISI AJIBADE, as natural parent of Mathew Ajibade; ADENIKE HANNAH AJIBADE, as natural parent of Mathew Ajibade; THE ESTATE OF MATHEW AJIBADE; CHRIS OLADAPO, as executor,

    Plaintiffs,

v.

JOHN WILCHER, in his official capacity as Chatham County Sheriff; CORIZON HEALTH, INC.; GREGORY BROWN; FREDERICK BURKE; ABRAM BURNS; MARK CAPERS; MAXINE EVANS; ANDREW EVANS-MARTINEZ; PAUL FOLSOME; DEBRA JOHNSON; JASON KENNY; ERIC VINSON,

    Defendants.

CIVIL ACTION NO.: 4:16-cv-82

## **O R D E R**

This case arises from the January 2015 death of Mathew Ajibade while in the Sheriff's custody at the Chatham County Detention Center ("CCDC"). (Doc. 21.) Ajibade's parents and his estate filed this suit against Sheriff John Wilcher, various corrections officers at the CCDC, Corizon Health, Inc. ("Corizon") (the company supplying health services at the CCDC at the time of Ajibade's death), and Gregory Brown (a nurse on duty at the time of Ajibade's death). (Id.)

The Court has recently issued Orders granting Motions for Summary Judgment filed by the Sheriff, Lieutenant Debra Johnson, and Officer Andreux Evans-Martinez. The Court has also

partially granted a Motion for Summary Judgment filed by Officer Maxine Evans and has reserved ruling on the remaining claims addressed in her Motion for Summary Judgment.[1] The Motions for Summary Judgment filed by Corizon and Brown, however, remain pending, along with several motions to exclude the testimony of various experts proposed by various parties.

Given the multitude of moving parts in this case and the recent dismissal of multiple Defendants, a temporary stay is appropriate to allow the remaining parties to reassess their case status and the pending motions in light of the recent summary judgment Orders. Accordingly, the Court **ADMINISTRATIVELY CLOSES** and **STAYS** this case **until April 26, 2019**.[2] The Court **ORDERS** all remaining parties to file a status report (one report for Plaintiffs, one report for each set of Defendants represented by the same counsel, and one report for each defendant proceeding without counsel) **on or before April 26, 2019**. In the report, each party (or set of parties) shall provide a general update on the status of this case from that party's perspective. Each party (or set of parties) shall address their respective positions on the effect, if any, that the dismissals of Defendants Wilcher, Martinez and Johnson, and the issuance of partial summary judgment to Defendant Evans should have on the parties' pending motions and remaining claims and defenses. Additionally, the parties shall address any efforts that the parties have made to resolve this matter and whether additional settlement efforts would be productive at this juncture.[3] The Court **DIRECTS** the Clerk of Court to ensure that this Order is served on all

---

[1] Defendant Evans and the Plaintiffs have been ordered to file supplemental briefing as to the remaining claims addressed in her Motion for Summary Judgment.

[2] This stay, however, does not impact Defendant Evans and Plaintiffs' obligations and deadlines for filing supplemental briefs pursuant to the Court's Order on Evans's Motion for Summary Judgment.

[3] Given that any settlement discussions may be confidential, the parties may (but are not required to) file their Status Reports in a restricted manner whereby only the Court and opposing counsel have access to the Reports. Counsel and any unrepresented parties shall contact Judge Baker's Courtroom Deputy Clerk, well in advance of the filing deadline, with any questions regarding how to file the Report in this manner.

unrepresented Defendants, and those Defendants are specifically advised that they must file a timely status report.

**SO ORDERED**, this 28th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA