| U. S. MAGISTRATE JUDGE JAMES E. GRAHAM | CASES BELOW CALLED FOR: |
| --- | --- |
| UNITED STATES COURTHOUSE | SETTLEMENT CONFERENCE |
| 52 NORTH MAIN STREET | |
| STATESBORO, GEORGIA | |

## STATESBORO CIVIL CALENDAR

### MONDAY, AUGUST 19, 2019

### 10:00 A.M.

| CASE NO. | PARTIES | ATTORNEY |
| --- | --- | --- |
| 4:16CV82 | SOLOMAN O. AJIBADE<br>ADENIKE AJIBADE<br>ESTATE OF MATHEW AJIBADE<br>CHRIS OLADAPO | ALYSSA FLOOD<br>CAMERON KUHLMAN<br>MARK O'MARA<br>TIM O'BRIEN<br>WILLIAM CLAIRBORNE<br>TROY RAFFERTY<br>WILLIAM CASH, III |
| | v. | |
| | CORIZON HEALTH, INC. | GREGORY BROWN<br>THOMAS CARLOCK<br>DOUGLAS AMMERMAN<br>ERIC FRISCH<br>JOHN HALL, JR.<br>SHEILA KAZEMIAN<br>TOM WITHERS |
| | GREGORY BROWN<br>FREDERICK BURKE<br>ABRAM BURNS<br>MARK CAPERS<br>MAXINE EVANS<br>PAUL FOLSOME<br>JASON KENNY<br>ERIC VINSON | BOBBY PHILLIPS |
| | SAVANNAH PSYCHIATRY | RICHARD DEKLE<br>WILLIAM DILLARD |
| | BETTY RINER | GREGORY SEWELL<br>LUCAS BRADLEY |

DISTRIBUTION DATE: JUNE 18, 2019

U. S. MAGISTRATE JUDGE
U. S. CLERK