# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| SOLOMAN OLUDAMISI AJIBADE, as natural parent of Mathew Ajibade; ADENIKE HANNAH AJIBADE, as natural parent of Mathew Ajibade; THE ESTATE OF MATHEW AJIBADE; CHRIS OLADAPO, as executor, <br><br> Plaintiffs, <br><br> v. <br><br> CORIZON HEALTH, INC.; GREGORY BROWN; FREDERICK BURKE; ABRAM BURNS; MARK CAPERS; MAXINE EVANS; PAUL FOLSOME; JASON KENNY; ERIC VINSON, <br><br> Defendants. | CIVIL ACTION NO.: 4:16-cv-82 |

## **O R D E R**

Before the Court is the Plaintiffs' Motion for Order Dismissing Action with Prejudice, filed on December 2, 2019, in which Plaintiffs seek to dismiss all claims with prejudice. (Doc. 340.) Plaintiffs cite to Fed. R. Civ. P. 41(a)(2), which provides that where, as here, the opposing party has filed an answer or a motion for summary judgment, the action "may be dismissed at the plaintiff's [unilateral] request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

All claims in this case were settled during a judicial settlement conference which was conducted in October 2019. (See Doc. 338.) No Defendant has voiced any opposition to Plaintiffs' Motion, nor has any Defendant requested the imposition of any particular terms or conditions on the dismissal. Therefore, the Court **GRANTS** Plaintiff's Motion for Order Dismissing Action

with Prejudice, (doc. 340), and **DISMISSES with prejudice** all claims asserted in this matter. The Court **DIRECTS** the Clerk of Court to **TERMINATE** all deadlines and motions and to **CLOSE** this case.

**SO ORDERED**, this 10th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA